David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-cv-07102<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff Navigators Specialty Insurance Company;
2. Defendant SVO Building One, LLC;
3. Navigators Insurance Company, the entity that wholly owns Navigators Specialty Insurance Company;
4. The Navigators Group, Inc., the entity that wholly owns Navigators Insurance Company; and

5. The Hartford Financial Services Group, Inc., the company that wholly owns The Navigators Group, Inc. The Hartford Financial Services Group, Inc. is a publicly traded corporation that has no parent corporation. To the best of our knowledge, no publicly held corporation currently owns 10% or more of its common stock.

Dated: November 14, 2022

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ *Shannon L. Santos*

David Simantob
Shannon L. Santos
*Attorneys for Plaintiff Navigators Specialty Insurance Company*