| *Attorney or Party without Attorney:*<br>David Simantob (SBN 155790)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>555 S Flower Street, Suite 2900<br>Los Angeles, CA 90071<br>*Telephone No:* 213-443-5100<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | | | ***For Court Use Only*** |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | | | | |
| *Plaintiff:* NAVIGATORS SPECIALTY INSURANCE COMPANY<br>*Defendant:* SVO BUILDING ONE, LLC | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:22-cv-07102-TSH |

1. I, Jacobbi Williams 1314, Alameda County , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject SVO BUILDING ONE, LLC as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Certificate Of Interested Entities Or Persons; Case assigned to Magistrate Judge Thomas S. Hixson; Order Setting Initial Case Management Conference and ADR Deadlines

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Jacobbi Williams (1314, Alameda County) on: Dec 23, 2022, 12:47 pm PST at 2407 A K St, McClellan, CA 95652
Subject not known, company not known. "Prime Data Center" company. Document not served

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. ***Person Who Served Papers:***
   a. Jacobbi Williams (1314, Alameda County)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

**d.** ***The Fee*** *for Service was:* $327.24
**e.** I am: A Registered California Process Server

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.***

01/04/2023
*(Date)*

*(Signature)*