<table>
<tr><td colspan="3">Attorney or Party without Attorney:<br>David Simantob (SBN 155790)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>555 S Flower Street, Suite 2900<br>Los Angeles, CA 90071<br>Telephone No: 213-443-5100<br>Attorney For: Plaintiff</td><td>Ref. No. or File No.:</td><td rowspan="3">For Court Use Only</td></tr>
<tr><td colspan="4">Insert name of Court, and Judicial District and Branch Court:<br>United States District Court for the Northern District of California</td></tr>
<tr><td colspan="4">Plaintiff: NAVIGATORS SPECIALTY INSURANCE COMPANY<br>Defendant: SVO BUILDING ONE, LLC</td></tr>
<tr><td>AFFIDAVIT OF DUE DILIGENCE</td><td>Hearing Date:</td><td>Time:</td><td>Dept/Div:</td><td>Case Number:<br>3:22-cv-07102-TSH</td></tr>
</table>

1. I, Jacobbi Williams 1314, Alameda County , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject SVO BUILDING ONE, LLC as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Certificate Of Interested Entities Or Persons; Case assigned to Magistrate Judge Thomas S. Hixson; Order Setting Initial Case Management Conference and ADR Deadlines

| **Attempt Detail** |
|---|

1) Unsuccessful Attempt by: Jacobbi Williams (1314, Alameda County) on: Dec 23, 2022, 1:15 pm PST at 3140 Peacekeeper Way Suite 101A, McClellan, CA 95652
Building under reconstruction, one construction workers around, non-operational.

3. ***Person Who Served Papers:***
   a. Jacobbi Williams (1314, Alameda County)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111
   **d.** ***The Fee*** *for Service was:* $175.40

4. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

01/04/2023
*(Date)*

*(Signature)*