**From:** Jaime Mariscal <jmariscal@firstlegal.com>
**Sent:** Monday, January 23, 2023 4:42 PM
**To:** Tanya Beamon; Santos, Shannon L.
**Cc:** Charles Cash; Surveillance Team
**Subject:** RE: Regular Surveillance on SVO BUILDING ONE, LLC Agent Nicholas Laag Our Control # 117300 # 5198307
**Attachments:** Picture19.jpg; Picture21.jpg

**[EXTERNAL EMAIL]**

Good afternoon,

The field agent has provided the following update:

**1/20/23 at 5:00 p.m. – 7:00 p.m. - 2961 Pacific Avenue San Francisco, CA 94115**

Arrived, this is an affluent neighborhood, with moderate foot and vehicle traffic. The subject address inside of a building that houses several residences and has a secured entrance. There is a call box with a camera at the front door. There is also a secured garage in this building. I parked 3 houses down and exited my vehicle to be able to keep a better eye on the building. I rang the buzzer for unit, but there was no answer on call box. From 5:03pm until 6:58pm , there was moderate foot and vehicle traffic. At 7:00pm no answer at call box, no one entered, exited or arrived at this building while I conducted surveillance.

**1/21/23 at 3:00 p.m. – 4:00 p.m. - 2961 Pacific Avenue San Francisco, CA 94115**

Arrived, parked 2 houses down from the residence. From 3:02 pm - 3:59pm there was no activity to report. Before leaving at 4:00pm there was no answer at call box. No one arrived, entered or exited the building.

**1/22/23 at 9:45 a.m. – 10:45 a.m. 2961 Pacific Avenue San Francisco, CA 94115**

Upon arrival, there were cars parked on the street. I had to park at the end of the block and get out of the car to stand near the residence, to be able to watch for people entering or exiting the building. At 9:47am, no answer to ringing the call box. At 10:45am, no one entered, arrived or exited the building.

**Here are vehicles that were parked the closest to the building.**

**Porsche - 8DJJ829 FORD DORY JUDITH SHAW**

**Audi - 8JKU898 SMITH ELIZABETH DORSEY LSE**

**BMW - 8UBM807 BULLARD DAVID GILMORE LSE**

Our field agent has not reported any activity at the building for Nicholas. The subjects name is on the call box directory. However, I asked our skip trace team to provide courtesy information on the subject. He may have an alternate address elsewhere, but we are unable to confirm without conducting an official skip trace. We recommend holding on further surveillance and conducting a skip trace to locate an alternate address if any. We will continue with surveillance in San Francisco for now. Please advise when able.

**Our standard skip trace is $295.00 with an approximate 3-4 business day turnaround time. We offer a "rush" service for an additional $55 with an approximate 1-2 business day turnaround.**

Thank you,

**Jaime Mariscal** | Difficult Service Of Process Manager
jmariscal@firstlegal.com | Cell: 714.651.9031

**First Legal | Investigations**
Office: 866.882.5111, Ext. 1024
www.FirstLegal.com

**File Thru Trial™**

**Court & Process | Depositions | Discovery | Records | Digital | Investigations**

Private Investigator Licenses: CA PI: 24171 AZ PI: 1551710 NV PI-PS: 1452

This email (including any attachments) contains confidential information intended solely for the use of named addressee, and is protected by law. If you are not the intended recipient, you should delete it immediately and are hereby notified that disclosure, copying, distribution, or reuse of this message or any information contained therein by any other person is strictly prohibited


ON LOWER LEVEL
SSS SIEDLE
2961 – LAAG
2963 KEENEY
2965 COLNETT
2967- ABRAHAM

EXH. D-3



EXH. D-4