David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

SVO BUILDING ONE, LLC,

Defendant.

Case No. 3:22-cv-07102-JSC
Hon. Jacqueline Scott Corley
Courtroom 8

**DECLARATION OF SHANNON L. SANTOS IN SUPPORT OF PLAINTIFF'S MOTION TO ALLOW SERVICE OF PROCESS ON DEFENDANT THROUGH SECRETARY OF STATE**

[Filed concurrently with Motion, Request for Judicial Notice, and Proposed Order]

Hearing Date: May 25, 2023
Time: 10:00 a.m.
Courtroom: 8, 19th floor

Action Filed: November 14, 2022

I, Shannon L. Santos, declare as follows:

1. I am an attorney in the law firm Wilson Elser Moskowitz Edelman Dicker LLP, attorneys of record for Plaintiff Navigators Specialty Insurance Company in this action. I have personal knowledge of the matters set forth below and could testify thereto if required.

2. A true and correct copy of the Affidavit of Due Diligence sent to me by the process servers hired to attempt service on Defendant SVO Building One, LLC ("SVO"), First Legal, regarding a service attempt at 2407 Ak Street, McClellan, California 95652, dated January

4, 2023, is attached as **Exhibit "A"** hereto.

3. A true and correct copy of the Affidavit of Due Diligence sent to me by First Legal regarding a service attempt on SVO at 3140 Peacekeeper Way, Suite 101A, McClellan, California 95652, dated January 4, 2023 is attached as **Exhibit "B"** hereto.

4. On January 12, 2023, I ran a public records search on the name of the sole member of SVO, Nicholas Laag. The records search showed Mr. Laag's current residential address as 2961 Pacific Avenue, San Francisco, California 94115. On February 8, 2023, I re-ran the public records search and did not find any new address listed for Mr. Laag.

5. A true and correct copy of the Affidavit of Due Diligence sent to me by First Legal regarding service attempts on SVO through Mr. Laag at 2961 Pacific Avenue, San Francisco, California 94115, dated February 3, 2023, is attached as **Exhibit "C"** hereto.

6. A true and correct copy of a portion of an email chain from First Legal to me about service attempts on SVO through Mr. Laag at 2961 Pacific Avenue, San Francisco, California 94115, with attachments, sent on January 23, 2023, is attached as **Exhibit "D"** hereto. The email chain has been limited to the last email sent with the earlier part of the chain removed from the exhibit.

7. A true and correct copy of an email from me to the coverage attorney that represented SVO in connection with the insurance claim related to the underlying action entitled *Liebert Corporation v. SVO Building One, LLC*, American Arbitration Association, Case No. 01-18-0003-1318, Steven W. Murray, with attachments, sent on January 4, 2023, is attached as **Exhibit "E"** hereto.

8. A true and correct copy of an email from me to Mr. Murray, sent on January 11, 2023, is attached as **Exhibit "F"** hereto.

9. I did not receive a bounce back to either of my emails sent to Mr. Murray, attached as Exhibits "E" and "F" hereto.

10. To date, Mr. Murray has not responded to any of my communications, attached as Exhibits "E" and "F" hereto.

/ / /

11. A true and correct copy of a letter from me to Mr. Laag, mailed on March 7, 2023 to two different addresses, with some but not all of the attachments, is attached as **Exhibit "G"** hereto.

12. To date, I have not been contacted by Mr. Laag or anyone else from SVO despite the letter attached as Exhibit "G" hereto.

13. The copy of the letter attached as Exhibit "G" hereto that was mailed to 110 Pacific Avenue, San Francisco, California 94111 was returned to me as undeliverable. To date, I have not received notice that the mailing of Exhibit "G" to 2961 Pacific Avenue, San Francisco, California 94115 was not delivered.

14. A true and correct copy of the Affidavit of Due Diligence sent to me by First Legal regarding service attempts on SVO through Mr. Laag at 2961 Pacific Avenue, San Francisco, California 94115, dated April 12, 2023 is attached as **Exhibit "H"** hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 18, 2023 at Los Angeles, California.

*/s/ Shannon L. Santos*
Shannon L. Santos