| | |
|---|---|
| *Attorney or Party without Attorney:*<br>David Simantob (SBN 155790)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>555 S Flower Street, Suite 2900<br>Los Angeles, CA 90071<br>*Telephone No:* 213 443-5100<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* 18753.00318 | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | |
| *Plaintiff:* NAVIGATORS SPECIALTY INSURANCE COMPANY<br>*Defendant:* SVO BUILDING ONE, LLC | |

| AFFIDAVIT OF DUE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 3:22-cv-07102-TSH |
|---|---|---|---|---|

1. I, Ellenor Rios, and any employee or independent contractors retained by FIRST LEGAL INVESTIGATIONS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject SVO BUILDING ONE, LLC as follows:

2. *Documents:* Summons in a Civil Action and Complaint; Civil Cover Sheet; Plaintiff's Certificate Of Interested Entities Or Persons; Case assigned to Magistrate Judge Thomas S. Hixson.; Order Setting Initial Case Management Conference and ADR Deadlines; Joint Notice of Dismissal With Prejudice; Partial Dismissal Without Prejudice; Fourth Amended Complaint

**Attempt Detail**

1) Unsuccessful Attempt by: Ellenor Rios on: Jan 20, 2023, 5:00 pm PST at 2961 Pacific Ave, San Francisco, CA 94115
Arrived, this is an affluent neighborhood, with moderate foot and vehicle traffic. The subject address inside of a building that houses several residences and has a secured entrance. There is a call box with a camera at the front door. There is also a secured garage in this building. I parked 3 houses down and exited my vehicle to be able to keep a better eye on the building. I rang the buzzer for unit, but there was no answer on call box. From 5:03pm until 6:58pm, there was moderate foot and vehicle traffic. At 7:00pm no answer at call box, no one entered, exited or arrived at this building while I conducted surveillance. Left location at 7:00 p.m.

2) Unsuccessful Attempt by: Ellenor Rios on: Jan 21, 2023, 3:00 pm PST at 2961 Pacific Ave, San Francisco, CA 94115
Arrived, parked 2 houses down from the residence. From 3:02 pm - 3:59pm there was no activity to report. Before leaving at 4:00pm there was no answer at call box. No one arrived, entered or exited the building. Left location at 4:00 p.m.

3) Unsuccessful Attempt by: Ellenor Rios on: Jan 22, 2023, 9:45 am PST at 2961 Pacific Ave, San Francisco, CA 94115
Upon arrival, there were cars parked on the street. I had to park at the end of the block and get out of the car to stand near the residence, to be able to watch for people entering or exiting the building. At 9:47am, no answer to ringing the call box. At 10:45am, no one entered, arrived or exited the building. Here are vehicles that were parked the closest to the building. Porsche - 8DJJ829 FORD DORY JUDITH SHAW / Audi - 8JKU898 SMITH ELIZABETH DORSEY LSE / BMW - 8UBM807 BULLARD DAVID GILMORE LSE. Left location at 10:45 a.m.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| David Simantob (SBN 155790)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>555 S Flower Street, Suite 2900<br>Los Angeles, CA 90071<br>*Telephone No:* 213 443-5100<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>18753.00318 | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court for the Northern District of California | | | | |
| *Plaintiff:* NAVIGATORS SPECIALTY INSURANCE COMPANY<br>*Defendant:* SVO BUILDING ONE, LLC | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>3:22-cv-07102-TSH |

3. ***Person Who Served Papers:***
   a. Ellenor Rios
   **b. FIRST LEGAL INVESTIGATIONS**
   2070 N. TUSTIN AVENUE, 2ND FLOOR
   SANTA ANA, CA 92705
   c. (714) 550-1375

Recoverable cost Per CCP 1033.5(a)(4)(B)

**d.** ***The Fee*** *for Service was:*
**e.** I am: A Registered California Process Server

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.***

02/03/2023
*(Date)*

*(Signature)*