**From:** Santos, Shannon L.
**Sent:** Wednesday, January 4, 2023 12:21 PM
**To:** Steven Murray (swm@psilaw.com)
**Cc:** Simantob, David
**Subject:** Navigators v. SVO - Request for Waiver of Service
**Attachments:** 2023.01.04 Letter to Murray re Request for Waiver of Service.pdf; Notice of a Lawsuit and Request for Waiver.pdf; Waiver of the Service of Summons.pdf

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Mr. Murray,

I will be representing Navigators along with David Simantob in the coverage litigation against SVO Building One, LLC as discussed in the attached letter. We have attempted service on SVO at every address listed with the California Secretary of State, including the agent for service of process, and we have been informed that there is no business or person available at any address. Please advise if you will be representing SVO in this action and whether SVO will agree to waive service of summons.

Given the size of the court records, I will be sending them in a separate email.

Thank you.

Shannon L. Santos
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8864 (Direct)
213.443.5100 (Main)
213.443.5101 (Fax)
Shannon.Santos@wilsonelser.com
Pronouns: she, her, hers
WILSON ELSER



EXH. E-1

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

**David Simantob**
Direct (213) 330-8819
David.Simantob@wilsonelser.com

**Shannon L. Santos**
213.330.8864 (direct)
Shannon.Santos@wilsonelser.com

January 4, 2023

**VIA EMAIL & U.S. MAIL**

Steven W. Murray, Esq.
14930 Ventura Blvd., Suite 205
Sherman Oaks, California 91403
Email: swm@psilaw.com

Re: *Navigators Spec. Ins. Co. v. SVO Building One, LLC*,
Northern District of California, Case No. 3:22-cv-07102-JSC
Request for Waiver and Waiver for Service of Summons

Dear Mr. Murray,

Pursuant to our earlier correspondence with your office, we understand you represent SVO Building One, LLC ("SVO") in connection with the coverage issues related to the action entitled *Liebert Corp. v. SVO Building One, LLC*, American Arbitration Association, Case No. 01-18-0003-1318 ("Underlying Action"). Navigators Specialty Insurance Company ("Navigators") has filed the above-entitled suit against SVO ("Coverage Action") for a declaration of Navigators' right to reimbursement of defense fees incurred in the Underlying Action among other issues. Please advise if you will be representing SVO in connection with the Coverage Action.

We hereby request SVO waive service of the Summons and Complaint in the Coverage Action. Enclosed please find the following documents:

- Notice of Lawsuit and Request for Waiver of Service of Summons;
- Two copies of the Waiver of Service of Summons;
- Complaint for Declaratory Relief [Doc. 1] with exhibits "A"-"H" [Docs. 1-1 through 1-8];
- Civil Cover Sheet [Doc. 1-9];
- Summons in a Civil Action [Doc. 5];
- Plaintiff's Certificate of Interested Entities or Persons [Doc. 3];
- Order Reassigning Case [Doc. 9];
- Clerk's Notice Rescheduling Initial Case Management Conference [Doc. 10]; and
- Civil Standing Order for District Judge Jacqueline Scott Corley.

If SVO agrees to accept service of the Summons, please return the executed waiver to my attention by email or in the enclosed self-addressed stamped envelope.

Sincerely,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Shannon L. Santos

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

NAVIGATORS SPECIALTY INSURANCE COMPANY
*Plaintiff*
v.
SVO BUILDING ONE, LLC
*Defendant*

Civil Action No. 3:22-cv-07102-JSC

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: SVO Building One, LLC
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 01/04/2023

[signature]
*Signature of the attorney or unrepresented party*

Shannon L. Santos
*Printed name*

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
*Address*

Shannon.Santos@wilsonelser.com
*E-mail address*

(213)443-5100
*Telephone number*

EXH. E-4

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY<br>*Plaintiff*<br>v.<br>SVO BUILDING ONE, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 3:22-cv-07102-JSC |

## WAIVER OF THE SERVICE OF SUMMONS

To: Shannon L. Santos
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 01/04/2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____________

____________________
*Signature of the attorney or unrepresented party*

SVO Building One, LLC
*Printed name of party waiving service of summons*

Steven W. Murray
*Printed name*

14930 Ventura Blvd., Suite 205
Sherman Oaks, California 91403
*Address*

swm@psilaw.com
*E-mail address*

(818) 501-2277
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.