*Attorney or Party without Attorney:*
David Simantob (SBN 155790)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
555 S Flower Street, Suite 2900
Los Angeles, CA 90071
*Telephone No:* 213-443-5100
*Attorney For:* Plaintiff

*Ref. No. or File No.:*

***For Court Use Only***

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court
for the Northern District of California

*Plaintiff:* NAVIGATORS SPECIALTY INSURANCE COMPANY
*Defendant:* SVO BUILDING ONE, LLC

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 3:22-cv-07102-TSH |
|---|---|---|---|---|

1. I, Andy Esquer, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject SVO BUILDING ONE, LLC as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Plaintiff's Certificate Of Interested Entities Or Persons

**Attempt Detail**

1) Unsuccessful Attempt on: Apr 4, 2023, 4:32 pm PDT at 2961 Pacific Ave, San Francisco, CA 94115
The location is a gated residence. There was no answer through the intercom at the gate.

2) Unsuccessful Attempt on: Apr 5, 2023, 7:44 am PDT at 2961 Pacific Ave, San Francisco, CA 94115
There was no answer, all was quiet.

3) Unsuccessful Attempt on: Apr 6, 2023, 7:05 pm PDT at 2961 Pacific Ave, San Francisco, CA 94115
There was no answer at the door, there was no sign of activity and no lights were on.

4) Unsuccessful Attempt on: Apr 7, 2023, 8:11 am PDT at 2961 Pacific Ave, San Francisco, CA 94115
There was no answer at the door and no sounds or sign of any movements.

5) Unsuccessful Attempt on: Apr 8, 2023, 3:20 pm PDT at 2961 Pacific Ave, San Francisco, CA 94115
There was no answer at the door.

| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>David Simantob (SBN 155790)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP<br>555 S Flower Street, Suite 2900<br>Los Angeles, CA 90071<br>*Telephone No:* 213-443-5100<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court<br>for the Northern District of California | | |
| *Plaintiff:* NAVIGATORS SPECIALTY INSURANCE COMPANY<br>*Defendant:* SVO BUILDING ONE, LLC | | |

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 3:22-cv-07102-TSH |
|---|---|---|---|---|

*3.* ***Person Who Served Papers:***

a. Andy Esquer (2013-0001009, San Francisco)

**b. FIRST LEGAL**
1517 W. Beverly Blvd.
LOS ANGELES, CA 90026

c. (213) 250-1111

**d.** ***The Fee*** *for Service was:*

4. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

04/12/2023
*(Date)*

*(Signature)*



EXH. H-2