**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

SVO BUILDING ONE, LLC,

Defendant.

Case No. 3:22-cv-07102-JSC
Hon. Jacqueline Scott Corley
Courtroom 8

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW SERVICE OF PROCESS ON DEFENDANT THROUGH SECRETARY OF STATE**

[Filed concurrently with Motion, Declaration of Shannon Santos, and Request for Judicial Notice]

| | |
|---|---|
| Hearing Date: | May 25, 2023 |
| Time: | 10:00 a.m. |
| Courtroom: | 8, 19th floor |
| Action Filed: | November 14, 2022 |

The Motion to Allow Service of Process on Defendant through Secretary of State ("Motion") filed by Plaintiff Navigators Specialty Insurance Company ("Navigators") came on regularly for hearing on May 25, 2023. Based on the papers submitted in connection with the Motion, the Court hereby finds as follows:

The Court finds that Navigators has demonstrated that the agent for service of process for Defendant SVO Building One, LLC ("SVO") designated with the California Secretary of State cannot with reasonable diligence be found at the address designated for personal service of

process. The Court further finds that Navigators has demonstrated to the satisfaction of the Court that service against SVO cannot be effected with reasonable diligence.

Based upon these findings, the Court orders that service of process be made upon SVO by delivering the Summons and Complaint to the California Secretary of State.

IT IS SO ORDERED.

DATED: ______________________

_____________________________________________
Hon. Jacqueline Scott Corley