David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-cv-07102-JSC<br>Hon. Jacqueline Scott Corley<br>Courtroom 8<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION TO ALLOW SERVICE OF PROCESS ON DEFENDANT THROUGH SECRETARY OF STATE**<br><br>[Filed concurrently with Motion, Declaration of Shannon Santos, and Proposed Order]<br><br>Hearing Date: May 25, 2023<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th floor<br><br>Action Filed: November 14, 2022 |

Pursuant to Federal Rules of Evidence, Rule 201, Plaintiff Navigators Specialty Insurance Company requests that the Court take judicial notice of the following documents:

1. Printout from California Secretary of State website about Defendant SVO Building One, LLC ("SVO"), printed on February 8, 2023, attached as **Exhibit "1"** hereto; and

/ / /

/ / /

2. California Secretary of State Statement of Information, filed by SVO with the Secretary of State on December 1, 2020, attached as **Exhibit "2"** hereto.

Dated: April 18, 2023

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Shannon L. Santos*
David Simantob
Shannon L. Santos
*Attorneys for Plaintiff Navigators Specialty Insurance Company*