California
Secretary of State

Business UCC

Login

Home

Search

Forms

Help

# Business Search

*The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

***Basic Search***

> *A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations).*

## SVO BUILDING ONE LLC
(201633410297)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 11/18/2016 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Limited Liability Company - Out of State |
| *Principal Address* | 3140 PEACEKEEPER WAY, SUITE 101A MCCLELLAN, CA 95652 |
| *Mailing Address* | 3140 PEACEKEEPER WAY, SUITE 101A MCCLELLAN,CA95652 |
| ! *Statement of Info Due Date* | 11/30/2022 |
| *Agent* | Individual 3849107 JENNIFER PRZYGRODZKA 2407 AK STREET MCCLELLAN, CA 95652 |

View History Request Access

Skip to main content State

California
Secretary of State

Business UCC

Login

Home

Search

Forms

Help

criteria, use the ***Advanced*** search feature.

***Advanced Search***

*An Advanced search is required when searching for publicly traded disclosure information or a status other than active.*

*An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.*

***Disclaimer:*** *Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.*

*Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.*

SVO Building C

Advanced

SVO BUILDING ONE LLC (201633410297)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 11/18/2016 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | DELAWARE |
| Entity Type | Limited Liability Company - Out of State |
| Principal Address | 3140 PEACEKEEPER WAY, SUITE 101A<br>MCCLELLAN, CA 95652 |
| Mailing Address | 3140 PEACEKEEPER WAY, SUITE 101A<br>MCCLELLAN,CA95652 |
| Statement of Info Due Date | 11/30/2022 |
| Agent | Individual<br>3849107<br>JENNIFER PRZYGRODZKA<br>2407 AK STREET<br>MCCLELLAN, CA 95652 |

View History

Request Access

Skip to main content State

California
Secretary of State

Business UCC

Login

Home

Search

Forms

Help

SVO BUILDING ONE LLC (201633410297) 11/18/2016 A

# SVO BUILDING ONE LLC (201633410297)

Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 11/18/2016 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | DELAWARE |
| *Entity Type* | Limited Liability Company - Out of State |
| *Principal Address* | 3140 PEACEKEEPER WAY, SUITE 101A<br>MCCLELLAN, CA 95652 |
| *Mailing Address* | 3140 PEACEKEEPER WAY, SUITE 101A<br>MCCLELLAN,CA95652 |
| ! *Statement of Info Due Date* | 11/30/2022 |
| *Agent* | Individual<br>3849107<br>JENNIFER PRZYGRODZKA<br>2407 AK STREET<br>MCCLELLAN, CA 95652 |

View History Request Access

© 2023 CA Secretary of State