David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-cv-07102-AMO<br>Hon. Araceli Martinez-Olguin<br>Courtroom 10<br><br>**PLAINTIFF'S CASE MANAGEMENT STATEMENT**<br><br>Action Filed: November 14, 2022 |

Plaintiff Navigators Specialty Insurance Company ("Navigators") files this Case Management Statement on behalf of itself only as Defendant SVO Building One, LLC ("SVO") has not yet been served in the action. Thus, a joint statement cannot be submitted.

On April 18, 2023, Navigators filed its second Motion to Allow Service of Process on SVO through the Secretary of State ("Motion"), detailing Navigators' attempts at service to date. [Doc. 17.] On May 10, 2023, this matter was reassigned to the Honorable Araceli Martinez-Olguin, and the hearing on the Motion was vacated. [Doc. 20.] The same day, Navigators re-noticed the Motion to be heard by the newly assigned judge on June 1, 2023. [Doc. 21.] On May 24, 2023, the Court took the Motion off calendar and advised the matter would be adjudicated on the papers. [Doc. 23.]

As part of the reassignment, the Court ordered the parties to file a Joint Case Management

Statement no later than May 31, 2023. [Doc. 20.] As SVO has not been served or otherwise responded to communication attempts by Navigators' counsel, no substantive discussions about the proceedings have taken place. Should SVO appear in this action, Navigators will work with SVO on a Joint Case Management Statement to be filed with the Court.

Dated: May 31, 2023

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Shannon L. Santos*
David Simantob
Shannon L. Santos
*Attorneys for Plaintiff Navigators Specialty Insurance Company*