**PARKER SHAFFIE LLP**
Shawn Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
Arlen Khachatourians (SBN 334719)
arlen@parkershaffiellp.com
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Attorneys for Defendant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br><br>[Assigned to Hon. Araceli Martinez-Olguin]<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS CIVIL LOCAL RULE 3-15.** |

**TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 3-15, the undersigned, counsel of record for Defendant **SVO BUILDING ONE, LLC**, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/ / /

| PARTY | CONNECTION/INTEREST |
|---|---|
| SVO Building One, LLC | Defendant |
| Sacramento Venture One, LLC | Owner of Defendant |
| Prime Data Centers. LLC | Majority Owner of Sacramento Venture One, LLC |
| MP-637 LLC | Minority Owner of Sacramento Venture One, LLC |
| McClellan Business Park LLC | Owner of MP-637 LLC. |
| Data Realty Group, LLC | Majority Owner of Prime Data Centers, LLC |
| Wholesale DC Asset Holdings, LLC | Minority Owner of Prime Data Centers, LLC |
| Ares Prime Consumer SPV, LLC | Minority Owner of Prime Data Centers, LLC |
| Macquarie Communication Infrastructure Holdings, LLC | Owner of Wholesale DC Asset Holdings, LLC |

DATED: July 28, 2023

**PARKER SHAFFIE LLP**

By: Bruce T. Smyth

Shawn S. Shaffie
Bruce T. Smyth
Arlen Khachatourians
Attorneys for Defendant
**SVO BUILDING ONE, LLC**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 800 W. 6th Street, Suite 500, Los Angeles, CA 90017.

On July 28, 2023, I served true copies of the following document(s) described as **CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS CIVIL LOCAL RULE 3-15.** on the interested parties in this action as follows:

| | |
|---|---|
| David Simantob, Esq.<br>Shannon L. Santos, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071 | Attorneys for Plaintiff **NAVIGATORS SPECIALTY INSURANCE COMPANY**<br>Telephone: (213) 443-5100<br>Facsimile: (213) 443-5101<br>E-mail: David.Simantob@wilsonelser.com<br>Shannon.Santos@wilsonelder.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2023, at Los Angeles, California.

Maricela Escanuela

Maricela Escanuela