Shawn S. Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
Arlen Khachatourians (SBN 334719)
arlen@parkershaffiellp.com
**PARKER SHAFFIE LLP**
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Attorneys for Defendant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br><br>[Assigned to Hon. Araceli Martinez-Olguin]<br><br>**[PROPOSED] ORDER GRANTING SVO's 12(B)(6) MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE FACTS UPON WHICH RELIEF CAN BE GRANTED**<br><br>Date: November 30, 2023<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor<br><br>[Filed concurrently with: Motion to Dismiss or for More Definite Statement] |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

The hearing on the motion of Defendant SVO Building One, LLC ("SVO") for dismissal of the Complaint of Plaintiff Navigators Specialty Insurance Company ("Navigators") for failure to state facts upon which relief can be granted, or in the alternative, for a more definite statement, having taken place on November 30, 2023 in Courtroom 10, 19th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, and the Court after consideration of the arguments of counsel and considered all moving and opposing papers filed by the parties and good cause having been

shown, rules as follows:

1. The motion for dismissal of the First and Second Causes of Action of the Complaint is granted. Navigators has failed to plead facts sufficient to maintain causes of action for reimbursement of defense fees in a mixed action involved potentially covered and uncovered claims, has failed to plead facts establishing the existence or amount of any fees or costs solely paid for non-covered claims allocated solely to potentially non-covered claims or the amount of such alleged costs and has failed to plead facts establishing that it in fact paid any such costs. Because Navigators has failed to establish that it is able to amend the first and second causes of action, the motion is granted without leave to amend.

2. The motion for dismissal of the Third Cause of Action is granted. Navigators has failed to plead facts establishing any case or controversy requiring declaratory relief. The allegations that Navigators has pleaded establish that the Defendant SVO informed Navigators that it was not seeking indemnification in connection with the settlement and dismissal of the underlying action in January 2022, and that there has been no different request in the intervening 19 months. Because Navigators is unable to establish that it is able to amend the third cause of action to allege an actual controversy, the motion is granted without leave to amend.

**IT IS SO ORDERED.**

DATED: July ___, 2023

HON. ARACELI MARTINEZ-OLGUIN
JUDGE OF THE UNITED STATES DISTRICT COURT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 800 W. 6th Street, Suite 500, Los Angeles, CA 90017.

On July 28, 2023, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING SVO's 12(B)(6) MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE FACTS UPON WHICH RELIEF CAN BE GRANTED** on the interested parties in this action as follows:

David Simantob, Esq.
Shannon L. Santos, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071

Attorneys for Plaintiff **NAVIGATORS SPECIALTY INSURANCE COMPANY**
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
E-mail: David.Simantob@wilsonelser.com
Shannon.Santos@wilsonelder.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 28, 2023, at Los Angeles, California.

Maricela Escanuela
Maricela Escanuela