Robert H. Sloss (Bar No. 87757)
Mark G. Budwig (Bar No. 126045)
Laurence R. Phillips (Bar No. 190152)
Scott R. Omohundro (Bar No. 1794210
PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP
12544 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: 858.720.6300
Facsimile: 619.235.0398
E-mail: robert.sloss@procopio.com
mark.budwig@procopio.com
laurence.phillips@procopio.com
scott.omohundro@procopio.com

Attorneys for Claimant/Counter-Respondent
VERTIV CORPORATION (fka LIEBERT CORPORATION)

AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| LIEBERT CORPORATION, an Ohio corporation,<br><br>Claimant,<br><br>v.<br><br>SVO BUILDING ONE, LLC, a Delaware limited liability company,<br><br>Respondents. | Case No. 01-18-0003-1318<br><br>**PARTIAL DISMISSAL WITHOUT PREJUDICE**<br><br>Arbitrator: George C. Fisher |
| AND RELATED COUNTERCLAIM. | |

TO: ARBITRATOR GEORGE C. FISHER AND SVO BUILDING ONE, LLC AND ITS ATTORNEYS OF RECORD:

NOTICE is given that Vertiv Corporation (fka Liebert Corporation) hereby **dismisses without prejudice** the following causes of action in its Fourth Amended Complaint: Thirteenth Cause of Action (Claim for Infringement of Patent No. 6,563,048), Fifteenth Cause of Action (Defamation), Sixteenth Cause of Action (Fraud), Seventeenth Cause of Action (Negligent Misrepresentation), and Eighteenth Cause of Action (Civil Conspiracy).

DATED: March 24, 2021

PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP

By: ______________________
Robert H. Sloss
Mark G. Budwig
Laurence R. Phillips
Scott R. Omohundro
Attorneys for Claimant/Counter-Respondent
VERTIV CORPORATION (fka LIEBERT CORPORATION)

Liebert Corporation v. SVO Building One, LLC
Case No. 01-18-0003-1318

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 12544 High Bluff Drive, Suite 400, San Diego, CA 92130. On March 24, 2021, I served the within documents:

- **PARTIAL DISMISSAL WITHOUT PREJUDICE**

☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

☐ **BY OVERNIGHT MAIL** by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 12544 High Bluff Drive, Suite 300, San Diego, CA 92130 in the ordinary course of business on the date of this declaration.

☑ **BY E-MAIL OR ELECTRONIC SERVICE** based on an agreement of the parties to accept service by electronic transmission, by electronically mailing the document(s) listed above to the e-mail address(es) set forth below, or as stated on the attached service list and/or by electronically notifying the parties set forth below that the document(s) listed above can be located and downloaded from the hyperlink provided. No error was received, within a reasonable time after the transmission, nor any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| George C. Fisher<br>American Arbitration Association<br>Email: georgecfisher@gmail.com | Arbitrator |
| David M. Frishman, Esq.<br>Richard P. Dieffenbach, Esq.<br>Cindy Mader, Esq.<br>Jamie R. Nazemi Tabrizi, Esq.<br>Tyson & Mendes<br>445 South Figueroa Street, Suite 3100<br>Los Angeles, CA 90017<br>Telephone: (213) 745-8600<br>Facsimile: (213) 745-8604<br>Email: dfrishman@tysonmendes.com<br>rdieffenback@tysonmendes.com<br>jtabrizi@tysonmendes.com<br>cmader@tysonmendes.com<br>gescobar@tysonmendes.com | Attorneys for Respondent/Counter-Claimant SVO BUILDING ONE, LLC |



EXH. C-3

☑ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 24, 2021, at San Diego, California.

Leslie D. Sharpe