Robert H. Sloss (Bar No. 87757)
Mark G. Budwig (Bar No. 126045)
Scott R. Omohundro (Bar No. 179421)
Laurence R. Phillips (Bar No. 190152)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
12544 High Bluff Drive, Suite 400
San Diego, CA 92130
Telephone: 858.720.6300
Facsimile: 619.235.0398
E-mail: robert.sloss@procopio.com
mark.budwig@procopio.com
scott.omohundro@procopio.com
laurence.phillips@procopio.com

Attorneys for Claimant/Counter-Respondent
VERTIV CORPORATION (fka LIEBERT CORPORATION)

AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| LIEBERT CORPORATION, an Ohio corporation,<br><br>Claimant,<br><br>v.<br><br>SVO BUILDING ONE, LLC, a Delaware limited liability company,<br><br>Respondent.<br><br>AND RELATED COUNTERCLAIM. | Case No. 01-18-0003-1318<br><br>**JOINT NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Arbitrator: George C. Fisher |

Notice is hereby given that Claimant/Counter-Respondent VERTIV CORPORATION (fka Liebert Corporation) and Respondent/Counter-Claimant SVO BUILDING ONE, LLC dismiss their respective claims and counter-claims asserted in the above-captioned American Arbitration Association proceeding in their entirety and with prejudice.

DATED: January 4, 2022

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: ______________________________
Robert H. Sloss
Mark G. Budwig
Scott R. Omohundro
Laurence R. Phillips
Attorneys for Claimant/Counter-Respondent
VERTIV CORPORATION
(fka LIEBERT CORPORATION)

DATED: January 5, 2022

TYSON & MENDES LLP

By: ______________________________
David M. Frishman
Richard Dieffenbach
Attorneys for Respondent/Counter-Claimant
SVO BUILDING ONE, LLC