83 Wooster Heights Road
Danbury, CT 06810

Navigators
A BRAND OF THE HARTFORD

March 31, 2021

CERTIFIED MAIL & EMAIL: *upelz@PRIMEDATACENTERS.COM*
Ulrich Pez
SVO Building one, LLC
3140 Peacekeeper Way, Suite 101A
McClellan Park, CA 95652

RE: Liebert Corporation v. SVO Building One, LLC
American Arbitration Association Case No. 01-18-0003-1318

| | |
|---|---|
| Insured: | SVO Building One, LLC |
| Claim No.: | CGL325269 |
| Policy: | LA17CGL219162IC, effective 07/12/17 to 08/12/19 |
| Litigation: | *Liebert Corporation v. SVO Building One, LLC* |
| American Arbitration | Association Case No. 01-18-0003-1318Date of Loss: TBD |
| Project: | OCP Data Center Construction Project |
| Loss Location: | McClellan Park Building 637, 2407 AK Street, McClellan, CA |

Dear Mr. Pez:

As you know, Navigators has been providing a defense to SVO Building One, LLC ("SVO") with respect to the above referenced Arbitration matter (the "Litigation") under a full reservation of rights, as set forth in correspondence to you dated October 28, 2019.

As is set forth in the October 28, 2019 reservation of rights letter, the Litigation does not allege "bodily injury" or "property damage" caused by an "occurrence", as those terms are defined in the above-referenced policy (the "Policy"). As such, there would be no coverage for this matter under Coverage A of the policy. Furthermore, the allegation of defamation against SVO is the only allegation contained in the Litigation that potentially qualifies as an enumerated "personal or advertising injury" offense under Coverage B of the policy. In our October 28, 2019 reservation of rights letter, Navigators specifically reserved its rights to withdraw from the defense, deny a defense and/or indemnity, and to seek reimbursement from SVO for all or a portion of all sums paid or advanced by Navigators toward attorneys' fees, costs, investigation or any other sums paid by Navigators in connection with the Litigation based on allocation between potentially covered claims and non-covered claims.

We are in receipt of Liebert Corporation's Partial Dismissal Without Prejudice of various claims against SVO, including its defamation claim. Navigators has determined there is no coverage under the Policy for


*© 2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published or used without the permission of The Hartford.*

the remaining claims asserted against SVO in the Lawsuit. As Navigators has no duty to defend SVO for any "suit" seeking damages to which this insurance does not apply, **Navigators is withdrawing its defense of SVO in the Lawsuit on April 15, 2021, fifteen (15) days from the date of this correspondence**. Starting on that date, Navigators will no longer pay for any legal fees or expenses incurred on behalf of SVO in the Litigation. Navigators will also not contribute to any settlement involving, or judgment against, SVO in the Litigation. Tyson & Mendes, LLP is copied on this correspondence. Tyson & Mendes has been appointed by Navigators to defend SVO with respect to the Litigation, and SVO approved that appointment. Additionally, Navigators understands that SVO has entered into a separate engagement with Tyson & Mendes with respect to prosecution of SVO's affirmative claims in the Litigation. It is your responsibility to contact Tyson & Mendes regarding any continued engagement regarding representation of SVO in the Litigation.

Navigators continues to reserve all rights, including the right to seek reimbursement for all or a portion of all sums paid or advanced by Navigators toward attorneys' fees, costs, investigation or any other sums paid by Navigators in connection with the Litigation based on allocation between potentially covered claims and non-covered claims.

In the event you believe all or part of this claim has been wrongfully denied or rejected, you may have this matter reviewed by the California Department of Insurance, Claims Service Bureau, 300 South Spring Street, 11th Floor, Los Angeles, CA 90013; 800-927-4357 or 213-897-8921.

If you believe that any relevant facts are misunderstood by Navigators, or if you have any questions about Navigators' position, please feel free to contact me.

Sincerely,

Angel L. Muth
Claims Specialist
Direct #: (949) 255-4850
E-mail: angel.muth@thehartford.com

cc: David Frishman
Tyson & Mendes
[Email Only: DFrishman@TysonMendes.com]

Marianne Evans
Hoffman Brown Company
5000 Van Nuys Blvd., 6th Floor
Sherman Oaks, CA 91403
[US Mail & Email: mevans@hoffmanbrown.com]


© 2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published or used without the permission of The Hartford.