Shawn S. Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
Arlen Khachatourians (SBN 334719)
arlen@parkershaffiellp.com
**PARKER SHAFFIE LLP**
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Attorneys for Defendant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br><br>[Assigned to Hon. Araceli Martinez-Olguin]<br><br>**[PROPOSED] ORDER GRANTING SVO's 12(B)(6) MOTION TO DISMISS THE PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO STATE FACTS UPON WHICH RELIEF CAN BE GRANTED**<br><br>Date: June 20, 2024<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor<br><br>[Filed concurrently with: Motion to Dismiss First Amended Complaint, Memorandum of Points and Authorities and Declaration of Smyth] |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

The hearing on the motion of Defendant SVO Building One, LLC ("SVO") for dismissal of the First Amended Complaint of Plaintiff Navigators Specialty Insurance Company ("Navigators") for failure to state facts upon which relief can be granted, having taken place on June 20, 2024 in Courtroom 10, 19th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, and the

Court after consideration of the arguments of counsel and considered all moving and opposing papers filed by the parties and good cause having been shown, rules as follows:

1. The motion for dismissal of the First and Second Causes of Action of the First Amended Complaint is granted. Navigators has failed to state facts sufficient to maintain causes of action for reimbursement of defense fees in an action involving potentially covered and uncovered claims because it has failed to plead that it is seeking only recovery of expenses solely allocable to claims not potentially covered, which is the applicable standard under the controlling case of *Buss v. Superior Court*, 16 Cal. 4th 35 (1997). As a separate and additional ground for dismissal, the attorneys' fee bills for which Navigators seeks reimbursement establish that another insurer paid over $1 million in fees and expenses and Navigators cannot seek reimbursement of defense fees and costs it did not incur or pay. Because Navigators has failed to establish that it is able to amend the first and second causes of action, the motion is granted without leave to amend.

**IT IS SO ORDERED.**

DATED: June ___, 2024

HON. ARACELI MARTINEZ-OLGUIN
JUDGE OF THE UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 800 W. 6th Street, Suite 500, Los Angeles, CA 90017.

On February 29, 2024, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING SVO's MOTION TO DISMISS FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| David Simantob, Esq.<br>Shannon L. Santos, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071 | Attorneys for Plaintiff **NAVIGATORS SPECIALTY INSURANCE COMPANY**<br>Telephone: (213) 443-5100<br>Facsimile: (213) 443-5101<br>E-mail: David.Simantob@wilsonelser.com<br>Shannon.Santos@wilsonelder.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 29, 2024, at Los Angeles, California.

Benjamin Barragan