**PARKER SHAFFIE LLP**
Shawn Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

**STEVEN W. MURRAY, APC**
Steven W. Murray (SBN 41493)
swm@psilaw.com
14930 Ventura Boulevard #205
Sherman Oaks, CA 91403
Telephone: (818) 501-2277
Facsimile: (818) 501-8441

Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br><br>[Assigned to Hon. Araceli Martinez-Olguin]<br><br>**DECLARATION OF BRANDON P. BROUSSEAU IN SUPPORT OF MOTION TO CONTINUE TRIAL AND OTHER DATES**<br><br>Date: October 16, 2025<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor |
| SVO BUILDING ONE, LLC<br><br>Counterclaimant,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Counter-defendant. | |

**DECLARATION OF BRANDON BROUSSEAU**

I, Brandon Brousseau, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a Senior Attorney at Parker Shaffie LLP, attorneys of record for Defendant and Counterclaimant SVO BUILDING ONE, LLC ("SVO"). I have personal knowledge of all the facts contained in this declaration, and if called as a witness, I could and would so competently testify. I submit this Declaration in support of SVO's motion to continue the trial and all other dates in this action.

2. In addition to this case, *Navigators Specialty Insurance Company v. SVO Building One, LLC* ("the Navigators Action"), our firm represents SVO in another related matter, a pending arbitration entitled *SVO Building One, LLC v. Tyson & Mendes, LLP, et al.* (the "SVO v. T&M Arbitration"), with Signature Resolution, Case ID XKPBM.

3. The SVO v. T&M Arbitration alleges legal malpractice against Tyson & Mendes, LLP in the course of representing SVO in an underlying arbitration against Liebert Coroporation, which subsequently changed its name to Vertiv Corporation ("Vertiv"), and tried before the American Arbitration Association.

4. The plaintiff in this case, Navigators Specialty Insurance Company ("Navigators"), seeks reimbursement of defense costs incurred by SVO in that underlying arbitration, including the fees generated by Tyson & Mendes, LLP.

5. Among other work I have performed in our office in connection with the representation of SVO in the SVO v. T&M Arbitration is the collection, review and analysis of documents produced by Tyson & Mendes, LLP relating to its representation of SVO. As part of that effort, I am responsible for coordinating, supervising, and organizing those materials on our firm's two electronically stored information platforms, Relativity and LexBe.

6. Additionally, I have been involved in the collection and review of documents responsive to the document requests propounded by Navigators in the Navigators action. Although our office has collected documents responsive to those requests in its possession, we will need to review and produce documents from the database of materials from Tyson & Mendes, LLP. To do that we need to complete the collection of those documents and then perform searches

for relevant documents located in the Relativity and LexBe databases. That work has not been completed and will require more months to do so.

7. In the course of our work, our office has collected 10 separate databases of documents to review, analyze, and prepare for use in the SVO v. T&M Arbitration. The 10 databases combine for a total of 1.667 Terabytes of data, 2,924,285 files, and 4,042,914 pages.

8. Additionally, due to technical limitations of some of the databases, the file size, file count, or page count could not be calculated – primarily due to some of the database not being imaged in a format that is accessible by the review platforms. As a result, we have had to prepare a calculation based on some reasonable assumptions to calculate the file size, file count, and page count for inaccessible files. Utilizing those reasonable assumptions, we obtain totals of 1.667 TB of data, a file count of 2,965,535, and a page count of 13,709,622.

9. We additionally expect a minimum of 8 additional datasets to be collected from percipient witnesses, such as the HKA Production, and we expect those productions to be of similar size and complexity to the 10 databases already collected. Thus, the 13 million pages of documents already collected likely only represent 55% of the total universe of documents that will need to be reviewed, analyzed and prepared in connection with the SVO v. T&M Arbitration.

10. We will require an additional five months to complete the collection of relevant documents from Tyson & Mendes, LLC and formulate requests for relevant materials for use in both the Navigators Action and the SVO v. T&M Arbitration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of September, 2025, at Los Angeles, California.

Brandon P. Brousseau

Brandon Brousseau

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 800 W. 6th Street, Suite 500, Los Angeles, CA 90017.

On September 11, 2025, I served true copies of the following document(s) described as **DECLARATION OF BRANDON P. BROUSSEAU IN SUPPORT OF MOTION TO CONTINUE TRIAL AND OTHER DATES** on the interested parties in this action as follows:

| | |
|---|---|
| David Simantob, Esq.<br>Shannon L. Santos, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071 | Attorneys for Plaintiff **NAVIGATORS SPECIALTY INSURANCE COMPANY**<br>Telephone: (213) 443-5100<br>Facsimile: (213) 443-5101<br>E-mail: David.Simantob@wilsonelser.com<br>Shannon.Santos@wilsonelder.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 11, 2025, at Los Angeles, California.

Ben Barragan