**PARKER SHAFFIE LLP**
Shawn Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

**STEVEN W. MURRAY, APC**
Steven W. Murray (SBN 41493)
swm@psilaw.com
14930 Ventura Boulevard #205
Sherman Oaks, CA 91403
Telephone: (818) 501-2277
Facsimile: (818) 501-8441

Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br><br>[Assigned to Hon. Araceli Martinez-Olguin]<br><br>**[PROPOSED] ORDER GRANTING SVO's MOTION TO CONTINUE TRIAL AND ALL DEADLINES**<br><br>Date: October 16, 20225<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor<br><br>*[Filed concurrently with: Motion to Continue Trial, Memorandum of Points and Authorities, Declarations of Bruce T. Smyth and Brandon Brousseau]* |
| SVO BUILDING ONE, LLC<br><br>Counterclaimant,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Counter-defendant. | |

/ / /

/ / /

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Upon consideration of the Motion to Continue Trial Date and for other relief brought by Defendant and Counterclaimant SVO BUILDING ONE, LLC's ("SVO"), all papers filed in connection with the Motion, the Court's records and files of this case and oral argument as deemed necessary, and for good cause shown, the Court hereby orders as follows:

SVO's Motion is GRANTED

The trial and all pretrial deadlines are continued as follows:

| Event | New Deadline |
|---|---|
| Close of fact discovery | |
| Initial expert disclosures | |
| Rebuttal expert disclosures | |
| Close of expert discovery | |
| Dispositive motions | |
| Oppositions to dispositive motions | |
| Replies to dispositive motions | |
| Dispositive motion hearing | |
| Joint pretrial conference statement | |
| Pretrial conference | |
| Jury selection | |
| Trial | |

**IT IS SO ORDERED.**

DATED: September ___, 2025

HON. ARACELI MARTINEZ-OLGUIN
JUDGE OF THE UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 800 W. 6th Street, Suite 500, Los Angeles, CA 90017.

On September 11, 2025, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING SVO's MOTION TO CONTINUE TRIAL AND ALL DEADLINES** on the interested parties in this action as follows:

| | |
|---|---|
| David Simantob, Esq.<br>Shannon L. Santos, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071 | Attorneys for Plaintiff **NAVIGATORS SPECIALTY INSURANCE COMPANY**<br>Telephone: (213) 443-5100<br>Facsimile: (213) 443-5101<br>E-mail: David.Simantob@wilsonelser.com<br>Shannon.Santos@wilsonelder.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 11, 2025, at Los Angeles, California.

Benjamin Barragan

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Upon consideration of the Motion to Continue Trial Date and for other relief brought by Defendant and Counterclaimant SVO BUILDING ONE, LLC's ("SVO"), all papers filed in connection with the Motion, the Court's records and files of this case and oral argument as deemed necessary, and for good cause shown, the Court hereby orders as follows:

SVO's Motion is GRANTED

The trial and all pretrial deadlines are continued as follows:

| **Event** | **New Deadline** |
|---|---|
| Close of fact discovery | |
| Initial expert disclosures | |
| Rebuttal expert disclosures | |
| Close of expert discovery | |
| Dispositive motions | |
| Oppositions to dispositive motions | |
| Replies to dispositive motions | |
| Dispositive motion hearing | |
| Joint pretrial conference statement | |
| Pretrial conference | |
| Jury selection | |
| Trial | |

**IT IS SO ORDERED.**

DATED: September ___, 2025

______________________________
HON. ARACELI MARTINEZ-OLGUIN
JUDGE OF THE UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 800 W. 6th Street, Suite 500, Los Angeles, CA 90017.

On September 11, 2025, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING SVO's MOTION TO CONTINUE TRIAL AND ALL DEADLINES** on the interested parties in this action as follows:

| | |
|---|---|
| David Simantob, Esq.<br>Shannon L. Santos, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071 | Attorneys for Plaintiff **NAVIGATORS SPECIALTY INSURANCE COMPANY**<br>Telephone: (213) 443-5100<br>Facsimile: (213) 443-5101<br>E-mail: David.Simantob@wilsonelser.com<br>Shannon.Santos@wilsonelder.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 11, 2025, at Los Angeles, California.

Benjamin Barragan

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Upon consideration of the Motion to Continue Trial Date and for other relief brought by Defendant and Counterclaimant SVO BUILDING ONE, LLC's ("SVO"), all papers filed in connection with the Motion, the Court's records and files of this case and oral argument as deemed necessary, and for good cause shown, the Court hereby orders as follows:

SVO's Motion is GRANTED

The trial and all pretrial deadlines are continued as follows:

| **Event** | **New Deadline** |
|---|---|
| Close of fact discovery | |
| Initial expert disclosures | |
| Rebuttal expert disclosures | |
| Close of expert discovery | |
| Dispositive motions | |
| Oppositions to dispositive motions | |
| Replies to dispositive motions | |
| Dispositive motion hearing | |
| Joint pretrial conference statement | |
| Pretrial conference | |
| Jury selection | |
| Trial | |

**IT IS SO ORDERED.**

DATED: September ___, 2025

HON. ARACELI MARTINEZ-OLGUIN
JUDGE OF THE UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 800 W. 6th Street, Suite 500, Los Angeles, CA 90017.

On September 11, 2025, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING SVO's MOTION TO CONTINUE TRIAL AND ALL DEADLINES** on the interested parties in this action as follows:

| | |
|---|---|
| David Simantob, Esq.<br>Shannon L. Santos, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071 | Attorneys for Plaintiff **NAVIGATORS SPECIALTY INSURANCE COMPANY**<br>Telephone: (213) 443-5100<br>Facsimile: (213) 443-5101<br>E-mail: David.Simantob@wilsonelser.com<br>Shannon.Santos@wilsonelder.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 11, 2025, at Los Angeles, California.

Benjamin Barragan