David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

SVO BUILDING ONE, LLC,

Defendant.

SVO BUILDING ONE, LLC,

Counterclaimant,

vs.

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Counter-Defendant.

Case No. 3:22-cv-07102-AMO
Hon. Araceli Martínez-Olguín
Courtroom 10

**DECLARATION OF SHANNON L. SANTOS IN SUPPORT OF JOINT STATEMENT REGARDING SVO BUILDING ONE, LLC'S PRODUCTION IN RESPONSE TO NAVIGATORS SPECIALTY INSURANCE COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

[Filed concurrently with Letter Brief]

Action Filed: November 14, 2022
Trial Date: July 14, 2026

/ / /

/ / /

I, Shannon L. Santos, declare as follows:

1. I am an attorney of record for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company ("Navigators") in this action. I have personal knowledge of the matters set forth below and could testify thereto if required. While the Court's Standing Order, section I.2.b. limits supporting exhibits to 12 pages, Navigators cannot edit the documents to such an extent without altering the exhibits as served by Defendant/Counterclaimant SVO Building One, LLC ("SVO").

2. On October 15, 2024, Navigators served its Requests for Production of Documents Propounded to SVO, Set No. One. A true and correct copy of SVO's Responses to Defendant's [sic] Request for Production of Documents Set One, served on December 5, 2024, is attached as **Exhibit A** hereto.

3. A true and correct copy from the office of counsel for SVO to me, sent on September 24, 2025 at 5:33 p.m., is attached as **Exhibit B** hereto. The link in the email contained 808 pages of documents.

4. SVO's failure to produce documents in this action was discussed at a meet and confer conference between counsel on December 6, 2024. At that time, counsel for SVO was still representing that the documents would be produced.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 1, 2025 at Los Angeles, California.

*<u>/s/ Shannon L. Santos</u>*
Shannon L. Santos