**Santos, Shannon L.**

| | |
|---|---|
| **From:** | Julie Urbano <urbano@parkershaffiellp.com> |
| **Sent:** | Wednesday, September 24, 2025 5:33 PM |
| **To:** | Santos, Shannon L. |
| **Cc:** | Bruce Smyth; Ben Barragan; Shawn Shaffie |
| **Subject:** | Navigators Specialty Insurance Company v. Sacramento Venture One LLC |

**EXTERNAL EMAIL** This email originated from outside the organization.

Dear Counsel:

Below please find a link to production of documents. Please contact our offices should you have any difficulty with the link.

Thank you.

https://parkershaffiellp.sharefile.com/d-s3ef7259f95cd4d7f94afbfa309ab992a

Regards,
Julie Urbano
Paralegal

P S PARKER SHAFFIE LLP

800 West 6th Street, Suite 500
Los Angeles, CA 90017-2702
phone 213.622.4441 fax 213.622.1444
www.parkershaffiellp.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. If you are not the intended recipient, please notify PARKER SHAFFIE LLP immediately by telephone at (213) 622-4441, or by e-mail, and destroy all copies of this message and any attachments.

P ***Please consider the environment before printing this email.***



EX. B-1