# EXHIBIT "1"

**Ben Barragan**

**From:** Bruce Smyth
**Sent:** Monday, September 29, 2025 1:46 PM
**To:** Santos, Shannon L.
**Cc:** Shawn Shaffie; Steven Murray; Brandon Brousseau; Ben Barragan; Adam Telanoff; Simantob, David; Megan T. Ortiz; Julie Urbano
**Subject:** RE: Navigators v. SVO - Request to Participate in Joint Statement

Shannon,

There is nothing in the transcript that shows there was a meet and confer on Navigators' deposition notice or SVO's responses to document requests. You concede in the transcript in your own words that it was "Bruce's"( SVO's) meet and confer. You also failed to meet the requirements under the Local Rules before scheduling depositions and failed to have any discussion about the terms of the 23 topic notice or anything else about that deposition or any discussion about the document production.

In any event, SVO has made a document production and will be supplementing it shortly. You have not specified in a video meet and confer or anywhere else what you contend was deficient about either the response or the production.

We asked you if you would continue to refuse to participate in the joint statement on our motion to compel further responses to interrogatories but received no response. We then filed a single statement. We do not believe you have satisfied the requirements of meeting and conferring by video on the deposition notice or the document production. However, **we will participate** in any joint statement you wish to file on those matters. In fact, we insist on it.

Bruce

Bruce T. Smyth
Senior Counsel

PS PARKER SHAFFIE LLP

800 West 6th Street, Suite 500
Los Angeles, CA 90017-2702
phone 213.622.4441 fax 213.622.1444
www.parkershaffiellp.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. If you are not the intended recipient, please notify PARKER SHAFFIE LLP immediately by telephone at (213) 622-4441, or by e-mail, and destroy all copies of this message and any attachments.

*Please consider the environment before printing this email.*

**From:** Santos, Shannon L. <Shannon.Santos@wilsonelser.com>
**Sent:** Monday, September 29, 2025 12:36 PM

**To:** Bruce Smyth <Smyth@parkershaffiellp.com>
**Cc:** Shawn Shaffie <Shaffie@parkershaffiellp.com>; Steven Murray <swm@psilaw.com>; Brandon Brousseau <brousseau@parkershaffiellp.com>; Ben Barragan <barragan@parkershaffiellp.com>; Adam Telanoff <telanoff@parkershaffiellp.com>; Simantob, David <David.Simantob@wilsonelser.com>; Megan T. Ortiz <Ortiz@parkershaffiellp.com>
**Subject:** [EXTERNAL] RE: Navigators v. SVO - Request to Participate in Joint Statement

If you read the transcript, then you know that SVO's failure to produce documents and appearance at deposition were both discussed. At that time, SVO had made representations that both would be provided, a position SVO subsequently reneged on by failing to produce either by the fact discovery cutoff. Navigators' position that SVO has waived the right to rely on witnesses or documents at trial remains unchanged.

As shown in the chain below, Navigators already offered to submit joint statements on the three discovery disputes. SVO responded by filing the Statement Regarding Discovery Dispute under Court's Standing Order [Doc. 76] without Navigators' portion, a point we will raise with the Court. Therefore, your offer to do joint statements now seems disingenuous.

Shannon L. Santos
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900
Los Angeles, CA 90071-2407
213.330.8864 (Direct)
213.443.5100 (Main)
213.443.5101 (Fax)
Shannon.Santos@wilsonelser.com
Pronouns: she, her, hers

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
BEST COMPANIES TO WORK FOR U.S.News LAW FIRMS 2024
Mansfield Rule Certified Plus 2023–2024 Powered by DIVERSITYLAB

---

**From:** Bruce Smyth <Smyth@parkershaffiellp.com>
**Sent:** Sunday, September 28, 2025 1:54 PM
**To:** Santos, Shannon L. <Shannon.Santos@wilsonelser.com>
**Cc:** Shawn Shaffie <Shaffie@parkershaffiellp.com>; Steven Murray <swm@psilaw.com>; Brandon Brousseau <brousseau@parkershaffiellp.com>; Ben Barragan <barragan@parkershaffiellp.com>; Adam Telanoff <telanoff@parkershaffiellp.com>; Simantob, David <David.Simantob@wilsonelser.com>; Megan T. Ortiz <Ortiz@parkershaffiellp.com>
**Subject:** RE: Navigators v. SVO - Request to Participate in Joint Statement

**EXTERNAL EMAIL** This email originated from outside the organization.

Shannon,

I re-read the transcript of the video discovery conference on December 6, 2024 that **SVO** requested which discusses the insufficient responses of Navigators to the document requests propounded by SVO and the content of the protective order to be entered by the Court.

There was no video conference or a request for such a conference with respect to SVO's objections to the PMK deposition on 23 topics or SVO's responses to Navigators' document requests. There is a lengthy discussion at pages 4-10 of the Meet and Confer Transcript about the topics of the meet and confer being Navigators' response to document requests and the terms of the protective order. At page 24, lines 8 through 24, you state that a dispute about the categories of the Navigators' deposition could be the subject of a separate meet and confer and that you had no problem kicking out the date of the SVO deposition until after Navigators completed its document production. *See, also*, Transcript, page 25, lines 24-25, where you state: "Now this is not my meet and confer, Bruce asked for it."

In the rest of the meet and confer discussion you state that Navigators cannot complete its production because it has six megabytes of date to review (page13 and 33) , which you assert is a massive amount of data to review, and that large portions of its additional production, the underwriting file and the best practices manual or memoranda, could not be provided until a protective order was in place. Transcript, page 11. We reached agreement on the form of the protective order recently and the stipulation has been filed with the Court. There has been no further production of documents by Navigators.

It is ironic that you requested our understanding with respect to Navigators' burden to review 6 megabytes of data (which apparently have still not been reviewed and which clearly have not been produced) but will not agree to an extension of time to allow us to deal with 6 **terabytes** of data.

SVO is preparing a joint statement to be submitted to the court with respect to Navigators' failure to make a complete production of documents pursuant to SVO's document requests. Please let us know if Navigators will participate in that process.

Regards,

Bruce

Bruce T. Smyth
Senior Counsel

PS PARKER SHAFFIE LLP

800 West 6th Street, Suite 500
Los Angeles, CA 90017-2702
phone 213.622.4441 fax 213.622.1444
www.parkershaffiellp.com

This e-mail message and any attachments are confidential and may be attorney-client privileged. If you are not the intended recipient, please notify PARKER SHAFFIE LLP immediately by telephone at (213) 622-4441, or by e-mail, and destroy all copies of this message and any attachments.

***Please consider the environment before printing this email.***

**From:** Santos, Shannon L. <Shannon.Santos@wilsonelser.com>
**Sent:** Friday, September 26, 2025 2:03 PM
**To:** Bruce Smyth <Smyth@parkershaffiellp.com>
**Cc:** Shawn Shaffie <Shaffie@parkershaffiellp.com>; Steven Murray <swm@psilaw.com>; Brandon Brousseau <brousseau@parkershaffiellp.com>; Ben Barragan <barragan@parkershaffiellp.com>; Simantob, David <David.Simantob@wilsonelser.com>
**Subject:** [EXTERNAL] RE: Navigators v. SVO

The date of the conference was December 6, 2024.

Shannon L. Santos
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
555 S. Flower Street - Suite 2900