David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

SVO BUILDING ONE, LLC,

Defendant.

---

SVO BUILDING ONE, LLC,

Counterclaimant,

vs.

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Counter-Defendant.

Case No. 3:22-cv-07102-AMO
Hon. Araceli Martínez-Olguín
Courtroom 10

**DECLARATION OF SHANNON L. SANTOS IN SUPPORT OF JOINT STATEMENT REGARDING SVO BUILDING ONE, LLC'S APPEARANCE AT DEPOSITION IN RESPONSE TO NAVIGATORS SPECIALTY INSURANCE COMPANY'S NOTICE OF DEPOSITION**

[Filed concurrently with Letter Brief]

Action Filed: November 14, 2022
Trial Date: July 14, 2026

/ / /

/ / /

I, Shannon L. Santos, declare as follows:

1. I am an attorney of record for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company ("Navigators") in this action. I have personal knowledge of the matters set forth below and could testify thereto if required. While the Court's Standing Order, section I.2.b. limits supporting exhibits to 12 pages, Navigators cannot edit the documents to such an extent without altering the exhibits as served by Navigators and Defendant/Counterclaimant SVO Building One, LLC ("SVO").

2. A true and correct copy of Navigators' Notice of Deposition of Person Most Knowledgeable of SVO, served on October 15, 2024, is attached as **Exhibit A** hereto.

3. A true and correct copy of SVO's Objections to Navigators' Notice of Deposition of Person Most Knowledgeable of SVO, served on December 4, 2024, is attached as **Exhibit B** hereto.

4. A true and correct copy of Navigators' Amended Notice of Deposition of Person Most Knowledgeable of SVO, served on September 10, 2025, is attached as **Exhibit C** hereto.

5. SVO did not serve objections to the deposition notice attached as Exhibit C nor file a Motion for Protective Order.

6. On September 15, 2025, counsel for SVO advised me that SVO would not appear at deposition as noticed.

7. Throughout the pendency of this case, SVO never appeared at a deposition despite the multiple deposition notices. (Santos Dec., ¶ 7.)

8. SVO's appearance at deposition was discussed at a meet and confer conference between counsel on December 6, 2024. At that time, counsel for SVO was still representing that SVO would appear for deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 1, 2025 at Los Angeles, California.

*<u>/s/ Shannon L. Santos</u>*
Shannon L. Santos