David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
Joshua N. Willis, SBN 161727
Email: Joshua.Willis@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant.<br>______________________<br>SVO BUILDING ONE, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Counter-Defendant. | Case No. 3:22-cv-07102-AMO<br>Hon. Araceli Martínez-Olguín<br>Courtroom 10<br><br>**NAVIGATORS SPECIALTY INSURANCE COMPANY'S NOTICE OF DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF SVO BUILDING ONE, LLC**<br><br>Date: December 10, 2024<br>Time: 10:00 a.m.<br>Location: Video Conference<br><br>Action Filed: November 14, 2022<br>Trial Date: February 24, 2026 |

/ / /

/ / /



EX. A-1

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on December 10, 2024 at 10:00 a.m. via video conference, Plaintiff/Counter-Defendant Navigators Specialty Insurance Company ("Navigators") will take the oral deposition of Defendant/Counterclaimant SVO Building One, LLC ("SVO"). Pursuant to Federal Rules of Civil Procedure, Rule 30(b)(6), the deposition shall be taken upon oral examination before an officer authorized to administer oaths, who may present at such time and place, and shall continue from day to day, Saturdays, Sundays, and holidays excluded, until completed. The deposition will be videotaped and/or recorded by stenographic means. Navigators reserves the right to use technology for real-time transcription of the testimony and to use any recording of the deposition at the time of hearing or trial.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Rule 30(b)(6), SVO must designate and produce at the deposition the person(s) most knowledgeable to testify on SVO's behalf as to those Topics of Examination described below.

**DEFINITIONS**

1. The term "POLICY" shall refer to Policy No. LA17CGL219162IC issued by NAVIGATORS to YOU, effective July 12, 2017 to August 12, 2019.

2. The term "NAVIGATORS" shall refer to Navigators Specialty Insurance Company.

3. The terms "YOU" and "YOUR" shall refer to SVO Building One, LLC as well as its members, employees, attorneys, agents, related entities, and anyone acting on its behalf.

4. The term UNDERLYING ACTION shall refer to the action entitled *Liebert Corporation v. SVO Building One, LLC*, American Arbitration Association, Case No. 01-18-0003-1318.

5. The term "HALLMARK" shall refer to Hallmark Financial Services, Inc.

6. The term "ANSWER" shall refer to the "Answer to First Amended Complaint" YOU filed in this action [Doc. 53].

7. The term "COUNTERCLAIM" shall refer to the "Counterclaim for: 1. Breach of Contract; 2. Breach of the Implied Covenant of Good Faith and Fair Dealing; 3. Violation of

Business & Professions Code §§ 17200, et seq. and §§ 17500 et seq.; and 4. Declaratory Relief" YOU filed in this action [Doc. 53].

**TOPICS OF EXAMINATION**

1. The POLICY.

2. The UNDERLYING ACTION.

3. Communications between YOU and any person or entity regarding the UNDERLYING ACTION.

4. The attorneys' fees and costs incurred in YOUR defense of the UNDERLYING ACTION.

5. The fees and costs for expert work performed for YOUR defense of the UNDERLYING ACTION.

6. YOUR payments for attorneys' fees and costs incurred in YOUR defense of the UNDERLYING ACTION.

7. YOUR payments for fees and costs for expert work performed for YOUR defense of the UNDERLYING ACTION.

8. HALLMARK's payments for attorneys' fees and costs incurred in YOUR defense of the UNDERLYING ACTION.

9. HALLMARK's payments for fees and costs for expert work performed for YOUR defense of the UNDERLYING ACTION.

10. NAVIGATORS' payments for attorneys' fees and costs incurred in YOUR defense of the UNDERLYING ACTION.

11. NAVIGATORS' payments for fees and costs for expert work performed for YOUR defense of the UNDERLYING ACTION.

12. YOUR assertion of entitlement to benefits under the POLICY for the UNDERLYING ACTION.

13. Communications between YOU and any person or entity regarding YOUR assertion of entitlement to benefits under the POLICY for the UNDERLYING ACTION.

/ / /

14. The factual basis upon which YOU contend that there was coverage for YOUR defense of the UNDERLYING ACTION under the POLICY.

15. The factual basis that supports YOUR contentions made in the ANSWER.

16. The factual basis that supports YOUR contentions made in the COUNTERCLAIM.

17. All damages YOU are seeking in this action.

18. The factual basis that supports all damages YOU are seeking in this action.

19. The factual basis for YOUR claim for attorneys' fees incurred in pursuit of POLICY benefits as asserted in this action.

20. The factual basis for YOUR claim for punitive damages as asserted in this action.

21. YOUR Initial Disclosures.

22. YOUR responses to discovery propounded in this action.

23. YOUR document productions in this action.

Dated: October 15, 2024

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: Shannon L. Santos

David Simantob
Shannon L. Santos
Joshua N. Willis
*Attorneys for Plaintiff/Counter-Defendant*
*Navigators Specialty Insurance Company*

**PROOF OF SERVICE**

*Navigators Spec. Ins. Co. v. SVO Building One, LLC*

U.S.D.C., Northern District, Case No. 3:22-cv-07102-AMO

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 S. Flower Street, Suite 2900, Los Angeles, CA 90071. My email address is Shannon.Santos@wilsonelser.com.

On October 15, 2024, I served the foregoing document described as **NAVIGATORS SPECIALTY INSURANCE COMPANY'S NOTICE OF DEPOSITION OF PERSON MOST KNOWLEDGEABLE OF SVO BUILDING ONE, LLC** on the interested parties in this action by sending a copy via e-mail to the electronic addresses included below:

Shawn Shaffie, Esq.
Bruce T. Smyth, Esq.
PARKER SHAFFIE LLP
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Tel.: (213) 622-4441
Fax: (213) 622-1444
Email: shaffie@parkershaffiellp.com
smyth@parkershaffiellp.com
*Attorneys for Defendant/ Counterclaimant SVO Building One, LLC*

Steven W. Murray, Esq.
STEVEN W. MURRAY, APC
14930 Ventura Blvd., Suite 205
Sherman Oaks, California 91403
Tel.: (818) 501-2277
Email: swm@psilaw.com
*Attorneys for Defendant/ Counterclaimant SVO Building One, LLC*

☒ **BY ELECTRONIC SERVICE:** I electronically served the foregoing document in PDF format to the person at the electronic service addresses listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2024 at Los Angeles, California.

Shannon L. Santos