David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

SVO BUILDING ONE, LLC,

Defendant.

---

SVO BUILDING ONE, LLC,

Counterclaimant,

vs.

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Counter-Defendant.

Case No. 3:22-cv-07102-AMO
Hon. Araceli Martínez-Olguín
Courtroom 10

**DECLARATION OF SHANNON L. SANTOS IN SUPPORT OF NAVIGATORS SPECIALTY INSURANCE COMPANY'S OPPOSITION TO SVO BUILDING ONC, LLC'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

[Filed concurrently with Opposition]

Hearing Date: March 5, 2026
Time: 2:00 p.m.
Courtroom: 10, 19th Floor

Action Filed: November 14, 2022
Trial Date: July 14, 2026

/ / /

/ / /

I, Shannon L. Santos, declare as follows:

1. I am an attorney of record for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company ("Navigators") in this action. I have personal knowledge of the matters set forth below and could testify thereto if required.

2. To establish the amounts Navigators paid in defense of uncovered claims as damages in this case, I produced the following information to Defendant/Counterclaimant SVO Building One LLC ("SVO") on behalf of Navigators:

- The invoices submitted by defense counsel as provided to Navigators with the narratives provided by each attorney (produced as part of Navigators' claim file production on October 21, 2024);
- An internal Navigators chart that identified how much was paid on each invoice submitted in connection with SVO's defense (voluntarily produced as a supplemental document production on September 24, 2025, Bates labeled N09905-09908);
- Evidence of Navigators' payments of each invoice submitted in connection with SVO's defense, including for all experts and consultants (voluntarily produced as a supplemental document production on September 24, 2025, Bates labeled N09885-09904);
- All pleadings that were provided to Navigators in connection with the subject insurance claim (produced as part of Navigators' claim file production on October 21, 2024);
- Mr. Jardini's October 14, 2025 expert report, which provided the expert's analysis of the time spent on defamation versus non-defamation claims and a summary of the general calculations for use in the allocation (produced with Navigators' initial expert disclosures on October 15, 2025);
- An "Outline of Services Performed" for each law firm that submitted invoices in connection with SVO's defense as prepared by the allocation expert (produced with Navigators' initial expert disclosures on October 15, 2025);

/ / /

- Interrogatory responses that addressed SVO's requests for identification of the billing entries that were solely allocable to uncovered claims as billed by the two panel firms retained by Navigators in SVO's defense (original responses served on August 25, 2025 and amended responses served on November 19, 2025); and
- Interrogatory responses that responded to SVO's requests for identification of costs and expenses paid in SVO's defense that were solely allocable to uncovered claims (original responses served on August 25, 2025 and amended responses served on November 19, 2025).

3. As SVO did not attach true and correct copies of Navigators' discovery responses to the Motion for Summary Judgment, Navigators hereby provides a full copy for the Court's review. A true and correct copy of Navigators' Amended Responses to SVO's Interrogatories, Set One, served in this action on November 19, 2025, is attached as **Exhibit A** hereto.

4. SVO elected not to notice the deposition of Navigators in this action before the discovery cut-off.

5. I attended the deposition of André Jardini as noticed by SVO in this action. A true and correct copy of portions of the transcript from the deposition, taken on November 18, 2025, is attached as **Exhibit B** hereto.

6. At the hearing with the Magistrate Judge on November 5, 2025, I mistakenly advised the Court that Mr. Jardini did not include a line-by-line allocation of the defamation versus non-defamation time entries in his expert report. I advised the Court that I would ask the expert for a supplemental report that provided this information. After the hearing, I realized that Mr. Jardini had completed this analysis in his original report, so no supplemental report was prepared. While amended responses were only ordered based on my representation that the line-by-line allocation was not provided in the original report, Navigators still served timely amended responses based on the Court Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 15, 2025 at Los Angeles, California.

*/s/ Shannon L. Santos*
Shannon L. Santos