David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

SVO BUILDING ONE, LLC,

Defendant.

SVO BUILDING ONE, LLC,

Counterclaimant,

vs.

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Counter-Defendant.

Case No. 3:22-cv-07102-AMO
Hon. Araceli Martínez-Olguín
Courtroom 10

**DECLARATION OF SHANNON L. SANTOS IN SUPPORT OF NAVIGATORS SPECIALTY INSURANCE COMPANY'S OPPOSITION TO SVO BUILDING ONC, LLC'S MOTION TO EXCLUDE TESTIMONY OF EXPERT WITNESS ANDRÉ E. JARDINI**

[Filed concurrently with Opposition]

Hearing Date: March 5, 2026
Time: 2:00 p.m.
Courtroom: 10, 19th Floor

Action Filed: November 14, 2022
Trial Date: July 14, 2026

/ / /

/ / /

I, Shannon L. Santos, declare as follows:

1. I am an attorney of record for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company ("Navigators") in this action. I have personal knowledge of the matters set forth below and could testify thereto if required.

2. I attended the deposition of André Jardini as noticed by Defendant/Counterclaimant SVO Building One LLC ("SVO") in this action. Given SVO requests exclusion of an expert witness's opinions through its Motion to Exclude Testimony [Doc. 102], Navigators hereby provides the Court with the entire transcript of the deposition so the Court can evaluate the full scope of the expert witness's testimony. For the Court's convenience, the attached transcript is in the condensed format. A true and correct copy of the transcript from the deposition, taken on November 18, 2025, is attached as **Exhibit A** hereto.

3. SVO did not designate an expert on allocation in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 15, 2025 at Los Angeles, California.

*/s/ Shannon L. Santos*
Shannon L. Santos