Shawn Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
Adam J. Telanoff (SBN 159761)
telanoff@parkershaffiellp.com
Edward Baker (SBN 311439)
baker@parkershaffiellp.com
**PARKER SHAFFIE LLP**
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Steven W. Murray (SBN 41493)
swm@psilaw.com
**STEVEN W. MURRAY, APC**
14930 Ventura Boulevard #205
Sherman Oaks, CA 91403
Telephone: (818) 501-2277
Facsimile: (818) 501-8441

Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br>[Assigned to Hon. Aracelí Martínez-Olguín]<br><br>**DECLARATION OF BARRY MACNAUGHTON IN SUPPORT OF SVO'S OPPOSITION TO NAVIGATORS MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 5, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor |
| SVO BUILDING ONE, LLC<br><br>Counterclaimant,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Counter-defendant. | |

**DECLARATION OF BARRY MACNAUGHTON**

I, Barry MacNaughton, declare as follows:

1. I am a retained expert on behalf of Defendant and Counterclaimant SVO Building One, LLC ("SVO") in the above-entitled action. I am at least eighteen (18) years of age. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I make this declaration in support of SVO's Opposition to Navigators Motion for Summary Judgment filed in the matter of *Navigators Specialty Insurance Company v. SVO Building One, LLC*, in the Northern District of California, Case No. 3:22-CV-07102-AMO.

3. The categories of my expert opinion in this matter include (a) whether the actions of Tyson Mendes LLC in the arbitration matter entitled *Liebert Corporation v. SVO Building One, LLC*, Case No. 01-18-003-1318 (the "Arbitration") specifically involving the motion for terminating sanctions by the claimant, met the applicable standard of care for their representation of SVO, and (b) whether the failure of Tyson Mendez LLC ("TM") to tender the matter to prior insurance carriers for approximately one year after commencing its representation of SVO in the Arbitration met the applicable standard of care.

4. A true and correct copy of my Preliminary Expert Report dated October 15, 2025, is attached hereto as **Exhibit 1** – it is fully incorporated here by reference. My Preliminary Expert Report was submitted under the penalty of perjury, and it discusses in detail my qualifications, the scope of my opinions, the materials and documents relied upon in forming the basis of my opinions, and a summary of my opinions. The Summary of Opinions is located at pages 2-3 of my Preliminary Expert Report.

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of December 2025, at Los Angeles, California.

BARRY MACNAUGHTON

# EXHIBIT "1"

ERVIN COHEN & JESSUP LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>SVO BUILDING ONE, LLC,<br>Defendant. | Case No. 3:22-cv-07102-AMO |

# PRELIMINARY EXPERT REPORT OF BARRY MACNAUGHTON

**Expert Report By:**

**Barry MacNaughton, Esq.**
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325
bmacnaughton@ecjlaw.com

ERVIN COHEN & JESSUP LLP

## I. PRELIMINARY EXPERT REPORT OF BARRY MACNAUGHTON

Barry MacNaughton of Ervin Cohen and Jessup was engaged by Parker Shaffie LLP ("PS") on behalf of their client SVO Building One, LLC ("SVO") in connection with the above referenced action (the "Action"). Counsel requested that I opine on (a) whether the actions of Tyson Mendes LLC in the arbitration matter entitled Liebert Corporation v. SVO Building One, LLC, Case No. 01-18-003-1318 (the "Arbitration") specifically involving the motion for terminating sanctions but by the claimant, met the applicable standard of care for their representation of SVO, and (b) whether the failure of Tyson Mendez LLC ("TM") to tender the matter to prior insurance carriers for approximately one year after commencing its representation of SVO in the Arbitration met the applicable standard of care.

## II. SUMMARY OF OPINIONS

Based on my work performed to date, I have reached the following opinions:

1. Opinion Regarding Evidentiary Sanctions Imposed On SVO

(a) TM was, or in the exercise of reasonable professional judgment should have been, aware at the time it took on the representation of SVO that there had been significant discovery disputes in the Arbitration where SVO had been accused of discovery abuses;

(b) TM should have conducted a thorough review of all document production and discovery responses to determine what documents had been produced, what had been sent to expert witnesses, and ensured that all documents that supported the SVO damages claims and all documents the experts were relying on were documents produced in the Arbitration;

(c) TM fell below the standard of care when exercising its professional responsibilities in the Arbitration to ensure that all documents supporting the SVO damage claims and all documents on which the SVO expert witnesses were relying formulate their opinions regarding damages had been produced and were admissible documents in the Arbitration;

ERVIN COHEN & JESSUP LLP

(d) As a result of TM's actions falling below the standard of care, the Arbitrator in the Arbitration entered an order limiting the introduction of damage evidence to bar evidence on lost profits, lost rents, cost of capital, and delay.

2. Opinion On Insurance Tender

(a) As part of accepting the engagement to act on behalf of SVO in the Arbitration, TM should have researched the available insurance coverage for SVO in the Arbitration and inquired of SVO whether or not to tender the matter to existing and prior insurers for defense and indemnity; and

(b) TM fell below the standard of care by failing to research or inquire regarding existing and prior available insurance coverage for approximately one year, resulting in a loss of potential insurance benefits prior to that tender to pre-existing insurers.

## III. QUALIFICATIONS

3. I am the Managing Partner of Ervin Cohen & Jessup LLP ("ECJ"). By way of education, I attended Trinity University in San Antonio Texas as an undergraduate, where I earned my B.A. in History in 1979, graduating Magna Cum Laude. I then attended the University of Texas School of Law where I earned my Juris Doctorate in 1982.

4. I began my legal career at the Los Angeles Firm of Hufstetler, Miller, Carlson & Beardsley in 1982. I joined ECJ in January, 1984. I have practiced continuously at ECJ since that time and became an equity partner in January, 1989. I have been a litigator throughout my legal career, concentrating primarily on disputes involving real estate, construction, manufacturing, corporate governance, contract, insurance coverage, and business tort matters. I have represented clients in over 100 real estate or construction related matters, representing both plaintiffs and defendants. I have written and presented on real estate and construction matters on numerous occasions.

5. I have received numerous awards in the past few years based upon my

ERVIN COHEN & JESSUP LLP

work and reputation in the legal community. Those awards include being named a "Legal Visionary" by the Los Angeles Times in 2024, a 2025 "Leaders of Influence: Litigators & Trial Attorneys" by the Los Angeles Business Journal, a "Top Litigator in Los Angeles" by the Los Angeles Business Journal in 2019, and a 2025 "Leader of Influence" by the Los Angeles Business Journal. I was named the "Lawyer of the Year" by Best Lawyers in Construction Law, have been named to the Best Lawyers In America for 2026, and as one of the "500 Leading Litigators in America" for 2026 by a Lawdragon. I was also named as a Top Rated Lawyer by The National Law Journal in 2019 and 2021.

6. A true and correct copy of my current Overview detailing my educational and work experience is attached as Exhibit "A". I have not authored any publications within the last 10 years. The third page of Exhibit "B" includes a list of those publications I have authored beyond that timeframe. I have not testified as an expert at trial or by deposition within last 4 years.

7. I am being compensated for this assignment at a rate of $750 per hour, with an initial retainer of $5,000. That rate is a discount from my standard hourly rate of $895 an hour. My agreement requires that I be compensated at the rate of $895 an hour for deposition and trial testimony. My compensation is not contingent upon the outcome of the case or any opinion that I render.

## IV. DOCUMENTS REVIEWED TO FORM OPINIONS

8. In formulating my opinions, I have read the briefing in the Arbitration regarding the initial motion for sanctions filed by Claimant, including all declarations, oppositions and reply briefs provided to me, the renewed motion for sanctions against SVO filed by claimant in the arbitration, including all declarations, oppositions, and reply briefs supplied to me, and the relevant portion of the certified transcript from the hearing where the Arbitrator ruled on evidentiary sanctions in the Arbitration, specifically denominated by document control numbers T&M 00797769 - 00797797.

ERVIN COHEN & JESSUP LLP

9. I have also reviewed SVO's First Amended Counterclaim filed on November 11, 2019 in the Arbitration, Vertiv's Answer to SVO' s First amended Counterclaim filed December 3, 2019, and the Preliminary Damages Expert Report of HKA dated June 14, 2021. I've also been provided with a list of the parties in the Action and Arbitration and I have discussed the underlying facts of the Action and Arbitration with counsel for SVO. I've also relied on my over 40 years of experience as a real estate and construction litigator in formulating my opinions.

10. I have reviewed the General Liability policy issued by Hallmark Specialty Insurance Company to Sacramento Venture One, LLC, including some extensions and endorsements to that policy provided to me by counsel. I have also reviewed the letter dated April 19, 2021 by Stephen W Murray, Esq.to Hallmark, and the May 13, 2021 letter from Hallmark to Mr. Murray agreeing to participate in the defense of the Arbitration.

11. My opinions are based upon the documents reviewed, my over 40 years of experience as a real estate and construction litigator in Los Angeles county and other jurisdictions, and my understanding of best practices and ethical duties applicable to lawyers and representing clients in litigation. Those duties include an obligation to advise the clients regarding discovery matters, advise clients regarding the potential sanctions available from discovery issues, and to inquire and advise clients regarding available insurance coverage in litigation. It is my view that T&M did not meet the standard of care in handling the discovery and potential discovery sanctions in the Arbitration and did not properly inquire and advise SVO on the potential availability of additional insurance coverage for defense and/or indemnity in the Arbitration.

12. A complete list of the documents provided to me that I have reviewed informing the opinions stated in this report is attached hereto is Exhibit "B".

13. The information provided to me, the information that I have reviewed, and the facts provided to me by counsel all support the opinions expressed herein. I

have not seen anything in the information provided to me that is inconsistent with those opinions.

14. The opinions expressed herein are based upon my review to date and are thus preliminary only. I reserve the right to review additional information as it becomes available to me and amend my opinion, if necessary.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on October 15, 2025 in Beverly Hills, California.

DATED: October 15, 2025 ERVIN COHEN & JESSUP LLP

By: [signature]

Barry MacNaughton

ERVIN COHEN & JESSUP LLP

# EXHIBIT A

EXHIBIT A

ERVIN COHEN & JESSUP LLP



# BARRY J. MACNAUGHTON

## MANAGING PARTNER

bmacnaughton@ecjlaw.com
Direct 310.281.6342

Barry MacNaughton has spent more than 40 years litigating and resolving significant business and commercial litigation matters for clients in the real estate, construction, manufacturing, technology and environmental sectors in Southern California. He solves clients' problems, litigates their disputes and advocates for them at trial.

Barry understands the impact of disputes and litigation on business—he not only litigates matters once disputes arise, he actively preaches and manages pre-litigation problem resolution and litigation avoidance.

Distinctive among Southern California litigators for his depth of experience and knowledge, Barry has more than three dozen trials or arbitrations to his credit. Areas of significant experience include:

- Real estate disputes
- Construction close-out, scope and change order claims
- Construction defect litigation
- Purchase and sale disputes
- Contract disputes
- Inverse condemnation and eminent domain
- Corporate and LLC governance matters
- Trade secret and unfair competition litigation
- Business tort claims
- Trademark rights
- Insurance coverage litigation on behalf of policyholders

As managing partner of Ervin Cohen & Jessup LLP, Barry has served in that leadership role since the position was created. His more than 10 years on the firm's Executive Committee includes acting as the primary partner for

### EDUCATION

J.D., The University of Texas at Austin School of Law, *with Honors*

B.A., Trinity University, *magna cum laude, Phi Beta Kappa, Alpha Lambda Delta*

### PRACTICE AREAS

Business and Corporate Litigation

Construction Law and Litigation

Litigation and Alternative Dispute Resolution

Real Estate

Construction

Insurance Coverage and Recovery

### ADMISSIONS

California

U.S. Court of Appeals for the Ninth Circuit

U.S. District Court, Central District of California

U.S. District Court, Northern District of California

U.S. District Court, Southern District of California

strategic planning and internal financial management. During his tenure, the firm's profits have more than doubled and attorney headcount has grown significantly. Barry's breadth of experience helps him not only understand trial and litigation practice and tactics—he also understands how businesses work and how to increase profitability and collaboration in a company and among business teams.

Barry brings both his business and legal acumen to representing clients, many of whom rely on him as a trusted business advisor and sounding board. He works with them in the style of an outside general counsel who provides sound business judgment, and creativity for commercial and legal issues far beyond litigation and dispute resolution.

Barry has received a number of prestigious awards for his substantive work and expertise. He was named Lawyer of the Year in Construction Law by Best Lawyers in 2023 and has been recognized as being among the top litigators in construction lawyers in the United States by Best Lawyers since 2021. He has also been recognized by Super Lawyers since 2021. Ervin Cohen and Jessup LLP has been ranked among the Best Law Firms in the United States by Best Lawyers since 2022, coinciding with the time that Barry has been acting as managing partner for the Firm.

## REPRESENTATIVE MATTERS

Represented investors who purchased a Power Center based upon the fraudulent concealment of material facts affecting the financial viability of the center. Barry was completely successful after a six-week trial, which resulted in a more than $34 million collected cash award to his clients, plus a decree that the seller take over all obligations in an underlying $62 million loan, plus attorney's fees. This result was recently confirmed on appeal in *CRCH v. Lakha Properties-Chino Hills, et al.*

Represented a distributor terminated by a manufacturer who attempted to disintermediate the market and appropriate the distributor's business relations. Following a more than two-week trial, Barry achieved a verdict for his client in excess of $2 million, plus attorney's fees, and a defense verdict on the manufacturer's crossclaims for alleged contract and trademark violations.

Represented a condominium developer in two separate actions brought by disgruntled investors alleging financial mismanagement and conflicts of interest. Barry achieved defense verdicts validating his client's actions in their entirety in both actions.

Represented a restaurant developer in a suit brought by a contractor for alleged nonpayment. Barry achieved a settlement whereby the restaurant developer received a significant amount on his crossclaims for construction deficiencies without paying any sums to the contractor on its claims.

Represent a manufacturer of construction components in matters alleging product deficiencies on commercial, large-scale hotel and multifamily residential projects. Barry has successfully resolved those matters without significant payment by that manufacturer. Barry regularly represents manufacturers and resolves claims against them without any significant payment by the manufacturers, which includes achieving defense verdicts at trial.

Represented a contractor and subcontractor in matters alleging nonpayment for work on a large-scale project, including violation of the Prompt Payment Statutes. Barry achieved a settlement resulting in significant payment to the contractor and subcontractor while defeating claims for alleged defective construction.

Represented an aftermarket automobile component manufacturer in a contract, trademark and trade secret action brought by a competitor alleging contract violations and theft of product design. Barry achieved a defense verdict on the competitor's claims and a recovery on his client's crossclaims, which resulted in significant financial gain for the client and the eventual bankruptcy of the competitor.

Represented multiple clients in contract disputes involving contract interpretation and performance, resulting in significant victories at trial and settlements which advanced the business purposes of the clients.

## Honors & Recognitions

2026 Lawdragon 500 Leading Litigators in America, 2026

2025 Leaders of Influence: Litigators & Trial Attorneys, *Los Angeles Business Journal*, 2025

Best Lawyers in America, 2022, 2026

Southern California Super Lawyers, 2021-2022

Top Litigator in Los Angeles, *Los Angeles Business Journal*, 2019

Top Rated Lawyer, *The National Law Journal*, 2019, 2021

Leaders in Law Nominee, *Los Angeles Business Journal*, 2016

## Community & Professional

Los Angeles County Bar Association, Member

ProVisors (Professional Association of Trusted Advisors) Host and Member

## Client Alerts

Four Ervin Cohen & Jessup Partners Named To Lawdragon's "500 Leading Litigators In America"
09.15.2025

34 Ervin Cohen & Jessup Attorneys Named "Best Lawyers In America"
08.21.2025

Two Ervin Cohen & Jessup Partners Named Top Litigators & Trial Lawyers By The Los Angeles Business Journal
07.15.2025

Barry MacNaughton Quoted on the Pandemic's Impact on LA's Real Estate Market
*Los Angeles Business Journal*, 03.29.2021

Partner Barry MacNaughton Quoted In *Construction Dive*
*Construction Dive* , 02.03.2021

Ervin Cohen & Jessup Names Barry MacNaughton As Managing Partner
12.07.2015

## PUBLICATIONS

Toxic Mold – The Centers for Disease Control Weigh In
*Real Estate Reporter, Ervin Cohen & Jessup LLP*, 09.2004

How to Survive an Eminent Domain Action
*Real Estate Reporter, Ervin Cohen & Jessup LLP*, 08.2003

Proper Use of the Lis Pendens – The Best Way to Protect Your Real Property Interests – Part I and II
*Real Estate Reporter, Ervin Cohen & Jessup LLP*, 04.2003

Specific Performance – The Right Tool for the Right Job
*Real Estate Reporter, Ervin Cohen & Jessup LLP*, 03.2003

A Facelift For Construction Defect Claims
*Real Estate Reporter, Ervin Cohen & Jessup LLP*, 01.2003

Toxic Mold – It's Not the New Asbestos
*Real Estate Reporter, Ervin Cohen & Jessup LLP*, 11.2002

At Last…Environmental Liability Relief for Lenders and Fiduciaries
*Legal Update, Ervin Cohen & Jessup LLP*, Winter 1997

Lead Paint Disclosure: New Rules & Regulations
*Legal Update, Ervin Cohen & Jessup LLP*, Summer 1996

Beware: A Trap for the Unwary: Real Estate Construction Contracts
*Legal Update, Ervin Cohen & Jessup LLP*, Summer 1991

Environmental Damage: Who Will Pay
*Legal Update, Ervin Cohen & Jessup LLP*, Spring 1991

Attorney's Guide to Law of Competitive Business Practices
*Antitrust, Chapter 5, Supp., 1985*

Do Recent Liberalizations in Trade and Currency Regulations Put Japan in the Mainstream of World Commerce or Are They Merely an Illusion?
*Comment, 16 Texas International Law Journal, 1982*

## SUCCESSES

Twenty-Three Ervin, Cohen & Jessup Attorneys Recognized in the 2025 Editions of Best Lawyers in America & Best Lawyers: Ones To Watch

Fifteen Ervin Cohen and Jessup Attorneys Named to 2024 Super Lawyers Lists

Ten Ervin Cohen & Jessup Attorney Named "Best Lawyers In America" And Two Named "Ones To Watch"

Eighteen Ervin Cohen & Jessup Attorneys Recognized in 2024 Edition of Best Lawyers in America & Best Lawyers: Ones To Watch

Barry MacNaughton and Robert Waxman Recognized by The National Law Journal as Top Rated Lawyers

Ervin Cohen & Jessup Partner Barry MacNaughton Leads Litigation Team to "David v. Goliath" Victory

Ervin Cohen & Jessup Prevails On Appeal of $93M Real Estate Win

Ervin Cohen & Jessup Secures $93M Against Strip Mall Developer Win Involving Chino Hills Property Among Largest Recent Verdicts in L.A.

Ervin Cohen & Jessup LLP Successfully Defends Real Estate Professional in $11M Lawsuit

# EXHIBIT B

EXHIBIT B

**Documents Relied Upon by SVO Expert - B. MacNaughton**

| No. | Date | Document |
|---|---|---|
| 1 | 11/06/15 | Hallmark GL Extension 11 6 15 to 6 1 17 |
| 2 | 11/06/15 | Hallmark GL Extension 11 6 15 to 7 20 17 |
| 3 | 11/06/15 | Hallmark GL Policy 11 6 15 to 11 6 16 |
| 4 | 07/12/17 | Endt#3 Umbrella Extending term from 7 12 17 to 5 12 18 |
| 5 | 07/12/17 | Endt#5 Extending Policy from 7 12 17 to 1 19 19 |
| 6 | 07/12/17 | Endt#6 UMB Extension from 7 12 17 to 7 12 19 |
| 7 | 07/12/17 | Umbrella Policy 7 12 17 to 3 12 18 |
| 8 | 07/11/19 | Vertiv's 4th Amended Complaint (exhibits omitted) |
| 9 | 08/08/19 | SVO's Answer to the Fourth Amended Complaint |
| 10 | 11/22/19 | SVO's First Amended COUNTERCLAIM |
| 11 | 12/03/19 | Vertiv Answer to First Amended Counterclaim |
| 12 | 03/26/21 | Declaration of Sheila A. Grela in support of Vertiv's Motion for Sanctions and other relief against SVO |
| 13 | 03/26/21 | Declaration of Mark G. Budwig in support of Vertiv's Motion for Sanctions and other relief against SVO |
| 14 | 03/26/21 | Vertiv's Motion for Sanctions |
| 15 | 03/26/21 | Proof of Service of Vertiv's Motion for sanctions |
| 16 | 04/02/21 | Declaration of Alisa D. Lavelle in Support of SVO's Opposition to Vertiv's Motion for Sanctions and other relief for non-compliance with ESI protocol |
| 17 | 04/05/21 | Declaration of Lisa D. Nicolls in Opposition to Vertiv's Motion for Sanctions and other relief for Non-compliance with ESI Protocol |
| 18 | 04/06/21 | Declaration of Cindy N. Mader in support of SVO's Opposition to Vertiv's Motion for Sanctions and other Relief for non-compliance with ESP Protocol |
| 19 | 04/06/21 | Declaration of Timothy W. Coats in support of SVO's Opposition to Vertiv's Motion for Sanctions and other Relief for non-compliance with ESP Protocol |
| 20 | 04/06/21 | Declaration of Eric M. Robinson in support of SVO's Opposition to Vertiv's Motion for Sanctions and other Relief for non-compliance with ESP Protocol |
| 21 | 04/06/21 | Declaration of Hooshie Broomand in support of SVO's Opposition to Vertiv's Motion for Sanctions and other relief for non-compliance with ESI Protocol |
| 22 | 04/06/21 | SVO's Opposition to Vertiv's Motion for sanctions and other relief for non-compliance with ESI protocol |
| 23 | 04/06/21 | Declaration of Ulrich Pelz in support of SVO's Opposition to Vertiv's Motion for Sanctions and other relief for non-compliance with ESI Protocol |

| No. | Date | Document |
|---|---|---|
| 24 | 04/06/21 | Declaration of Nicholas Laag in support of SVO's Opposition to Vertiv's Motion for Sanctions and other relief for non-compliance with ESI Protocol |
| 25 | 04/09/21 | Vertiv's Reply to SVO's Opposition to Motion for Sanctions |
| 26 | 04/09/21 | Declaration of Budwig in support of Reply to SVO's Opposition to Motion for Sanctions |
| 27 | 04/12/21 | SVO's Sur-Reply in support of SVO's Opposition to Vertiv's Motion for Sanctions and other relief from Non-compliance with ESI Protocol |
| 28 | 04/19/21 | Tender from S. Murray to Hallmark |
| 29 | 05/13/21 | Letter From Hallmark |
| 30 | 06/14/21 | D Bones Preliminary Damages Expert Report |
| 31 | 07/11/21 | Vertiv's 4th Amended Complaint (exhibits omitted) |
| 32 | 10/29/21 | Vertiv's Motion for Terminating Sanctions |
| 33 | 10/29/21 | Declaration of Mark Budwig in support of Motion for Terminating Sanctions |
| 34 | 10/29/21 | Declaration of Sheila A. Grela in support of Motion for Terminating Sanctions |
| 35 | 10/29/21 | Declaration of Robert Taylor in support of Motion for Terminating Sanctions |
| 36 | 10/29/21 | Vertiv's POS re Terminating Sanctions Motion |
| 37 | 11/05/21 | SVO's Opposition to Motion for Terminating Sanctions |
| 38 | 11/05/21 | Compendium of Evidence in support of SVO's Opposition to Motion for terminating sanctions |
| 39 | 11/05/21 | SVO's Objection to the Declaration of Sheila Grela Submitted in support of SVO's Opposition to Vertiv's Motion for Terminating Sanctions |
| 40 | 11/05/21 | SVO's Objection to the Robert Taylor Declaration submitted in support of SVO's Opposition to Vertiv's Motion for Terminating Sanctions |
| 41 | 11/05/21 | Declaration of Jamie R. Nazemi Tabrizi in support of SVO's Opposition to Motion for Terminating Sanctions |
| 42 | 11/05/21 | Declaration of Ken Baker in support of SVO's Opposition to Motion for Terminating Sanctions |
| 43 | 11/05/21 | Declaration of Julee Fritsch in support of SVO's Opposition to Motion for Terminating Sanctions |
| 44 | 11/05/21 | Declaration of Jenny Przygrodzka in support of SVO's Opposition to Motion for Terminating Sanctions |
| 45 | 11/05/21 | Declaration of Cindy N. Mader in support of SVO's Opposition to Motion for Terminating Sanctions |
| 46 | 11/05/21 | Declaration of Ulrich Pelz in support of SVO's Opposition to Motion for Terminating Sanctions |
| 47 | 11/05/21 | Declaration of David M. Frishman in support of SVO's Opposition to Motion for Terminating Sanctions |

| No. | Date | Document |
|---|---|---|
| 48 | 11/05/21 | Declaration of Richard Dieffenbach in support of SVO's Opposition to Motion for Terminating Sanctions |
| 49 | 11/05/21 | Proof of Service of SVO's Opposition to Motion for Terminating Sanctions |
| 50 | 11/09/21 | Vertiv's Reply in support of Motion for Terminating Sanctions |
| 51 | 11/09/21 | SVO's Sur Reply to Vertiv's Reply to Motion for Terminating Sanctions |
| 52 | 11/24/21 | Vertiv's Renewed Motion for Sanctions |
| 53 | 11/28/21 | SVO's Objections to Vertiv's "renewed" Motion for Terminating Sanctions |
| 54 | 12/06/21 | SVO's Opposition to Vertiv's Renewed Motion for Terminating Sanctions |
| 55 | 12/06/21 | Declaration of David Bones |
| 56 | 12/06/21 | Declaration of Jeff Good |
| 57 | 12/06/21 | Declaration of Ulrich Pelz |
| 58 | 12/06/21 | Declaration of Jeff Barber |
| 59 | 12/06/21 | Proof of Service of SVO's Opposition to Motion for Terminating Sanctions |
| 60 | 12/07/21 | Vertiv v. SVO Certified Transcript, pgs. 176-204 |