Shawn Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
Adam J. Telanoff (SBN 159761)
telanoff@parkershaffiellp.com
Edward Baker (SBN 311439)
baker@parkershaffiellp.com
**PARKER SHAFFIE LLP**
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Steven W. Murray (SBN 41493)
swm@psilaw.com
**STEVEN W. MURRAY, APC**
14930 Ventura Boulevard #205
Sherman Oaks, CA 91403
Telephone: (818) 501-2277
Facsimile: (818) 501-8441

Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br>[Assigned to Hon. Araceli Martinez-Olguin]<br><br>**DECLARATION OF BRUCE T. SMYTH IN OPPOSITION TO NAVIGATORS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 5, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor |
| SVO BUILDING ONE, LLC<br><br>Counterclaimant,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Counter-defendant. | |



PARKER SHAFFIE LLP

**DECLARATION OF BRUCE T. SMYTH**

I, Bruce T. Smyth, declare as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of California and have been admitted to the Bar of the United States District Court for the Northern District of California. I am Senior Counsel with Parker Shaffie, LLP, counsel of record for defendant and counterclaimant SVO Building One, LLC ("SVO"). In that capacity, I am aware of the facts set forth herein of my own personal knowledge.

2. I submit this declaration in opposition to the motion of Navigators Specialty Insurance Company ("Navigators") for summary judgment.

3. In the course of discovery, Navigators produced copies of the fees bills of Tyson & Mendes LLP its fee bills after they had been reviewed and in some cases marked down by its bill reviewing service, Legal Xchange. The documents were marked with the prefix "N" and a five digit number. A number of the fee entries after the dismissal without prejudice of the defamation cause of action in March 2021 reference the claim of disparagement or of false reports by SVO or by its subcontractor DPR. Attached hereto collectively as Exhibit 1 are copies of pages from that production which reference the disparagement claim with the relevant entries highlighted in yellow. These include Production Nos.N06465, N06470, N07511, N07514, N09388, N07520 and N08397. Portions of other billing entries reflecting attorney-client communications are redacted in black.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 15, 2025 at Los Angeles, California

Bruce T. Smyth

Bruce T. Smyth

# EXHIBIT "1"

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | CFD analysis, including opinions of Vertiv expert P. Isaak and counter opinions of SVO expert G. Hartford | |
| 06/09/2021 | Sydney Lottes | 188 | L120 A104 | 0.90 | 0.00 | $80.00 | $0.00 | $72.00 | $0.00 | Review and analysis of dates of selected documents on relativity and relevant bates # (76 documents) in preparation for finalization of Exhibit List for Arbitration. | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Alexander Randolph | 204 | L340 A109 | 0.60 | 0.00 | $165.00 | $0.00 | $99.00 | $0.00 | Expert call with Alay of HKA Experts to discuss document productions to experts | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Sydney Lottes | 211 | L120 A104 | 1.00 | 0.00 | $80.00 | $0.00 | $80.00 | $0.00 | Review and analysis of timeline of selected facts, documents on relativity and relevant bates # (57 pages) in preparation for finalization of Exhibit List for Arbitration. | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Sydney Lottes | 213 | L120 A104 | 1.00 | 0.00 | $80.00 | $0.00 | $80.00 | $0.00 | Review and analysis of dates of selected documents on relativity and relevant bates # (86 documents) in preparation for finalization of Exhibit List for Arbitration. | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Ethan Kraft | 235 | L440 A103 | 1.60 | 0.00 | $165.00 | $0.00 | $264.00 | $0.00 | Review and analysis of issues related to trademark infringement issues: Section 3.2(b) of the LSTKA signed by Vertiv and SVO, proprietary design drawings, and on site security. | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Sydney Lottes | 243 | L120 A104 | 1.00 | 0.00 | $80.00 | $0.00 | $80.00 | $0.00 | Review and analysis of documents on Relativity and relative bates #s in preparation for finalization of Exhibit List for arbitration (44 documents). | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Suzanne Willoughby | 258 | L420 A107 | 0.10 | 0.00 | $80.00 | $0.00 | $8.00 | $0.00 | Email to HKA experts G. Liddicoat, K. Baker, D. Bones Vertiv expert Dr. L. Hofmann additional 3 supporting documents to Vertiv expert Dr. L. Hofmann's report. | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Jamie Tabrizi | 264 | L120 A104 | 2.30 | 0.00 | $165.00 | $0.00 | $379.50 | $0.00 | Extensive review and analysis of documents produced by SVO, Vertiv, CPS and DPR that would pertain to Vertiv's allegations contained in its cause of action for intentional interference with contractual relations, specifically communications that would prove Vertiv's claim that SVO and DPR were having secret meetings disparaging Vertiv's work or any documents supporting damages arising therefrom (review approximately 300 documents) in order to prepare defense briefing regarding same | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Sydney Lottes | 265 | L120 A104 | 0.80 | 0.00 | $80.00 | $0.00 | $64.00 | $0.00 | Review and analysis of dates of selected arbitration Pleadings documents (56 documents) in preparation for Arbitration. | This invoice is a duplicate of invoice 79821 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | and relevant bates # (5 pages) in preparation for finalization of Exhibit List for Arbitration. | duplicate of invoice 79821 |
| 06/09/2021 | Jamie Tabrizi | 1174 | L120 A109 | 1.40 | 0.00 | $165.00 | $0.00 | $231.00 | $0.00 | Attend conference call meeting with client SVO contact, Ulrich Pelz, TM SVO litigation team members Cindy Mader and David Frishman and HKA defense damages experts regarding [redacted] | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | David Frishman | 1197 | L110 A107 | 0.10 | 0.00 | $225.00 | $0.00 | $22.50 | $0.00 | Email to personal counsel of client regarding status of coordination of insurance carriers regarding defense of SVO | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | David Frishman | 1198 | L340 A103 | 0.30 | 0.00 | $225.00 | $0.00 | $67.50 | $0.00 | Review revise and supplement meet and confer letter to counsel for Vertiv regarding summary opinion report deficiencies regarding Vertiv expert L Hoffman | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Suzanne Willoughby | 1219 | L420 ZZZ-A110 | 0.40 | 0.00 | $80.00 | $0.00 | $32.00 | $0.00 | Upload additional Dr. Hofmann supporting 9 documents to D. Killinger, Duff & Phelps expert's dropbox | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Jamie Tabrizi | 1237 | L120 A104 | 2.50 | 0.00 | $165.00 | $0.00 | $412.50 | $0.00 | Extensive review and analysis of documents produced by SVO, Vertiv, CPS and DPR that would pertain to Vertiv's allegations contained in its cause of action for unfair competition, namely, documents that disprove Vertiv's contentions that: SVO induced Vertiv to retain DPR on this project in order to obtain a concession amount from DPR; or that SVO caused third party commissioning agent Syska Hennessey to issue a false report regarding commissioning (approximately 400 documents) in order to prepare defense briefing regarding same | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | CIndy Mader | 1250 | L130 A106 | 0.10 | 0.00 | $215.00 | $0.00 | $21.50 | $0.00 | Communicate with client, U. Pelz, regarding [redacted] | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | Ethan Kraft | 1252 | L440 A103 | 1.60 | 0.00 | $165.00 | $0.00 | $264.00 | $0.00 | Draft proposed stipulation of facts related to Trademark infringement issues: Section 3.2(b) of the LSTKA signed by Vertiv and SVO, proprietary design drawings, and on site security. | This invoice is a duplicate of invoice 79821 |
| 06/09/2021 | David Frishman | 1260 | L340 A106 | 0.30 | 0.00 | $225.00 | $0.00 | $67.50 | $0.00 | Telephone call from client SVO contact, Ulrich Pelz, regarding [redacted] | This invoice is a duplicate of |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | invoices for statement of services rendered and related expert deposition issues | |
| 06/27/2021 | CIndy Mader | 1243 | L210 A103 | 0.70 | 0.70 | $215.00 | $215.00 | $150.50 | $71.52 | Draft findings regarding Rule 6 of AAA Commercial Rules regarding increase in amount of damages. | |
| 06/27/2021 | Julee Fritsch | 1295 | L340 A104 | 0.40 | 0.40 | $215.00 | $215.00 | $86.00 | $40.87 | Review the Additional SVO Damages in SVO's Second Updated Damages Statement | |
| 06/27/2021 | Julee Fritsch | 1333 | L340 A104 | 0.50 | 0.50 | $215.00 | $215.00 | $107.50 | $51.09 | Review Change Order Request Log for delay expert's deposition | |
| 06/27/2021 | Julee Fritsch | 1344 | L330 A103 | 0.20 | 0.20 | $215.00 | $215.00 | $43.00 | $20.43 | Draft email to Ulrich Pelz regarding expert [redacted] | |
| 06/27/2021 | Julee Fritsch | 1360 | L340 A104 | 0.40 | 0.40 | $215.00 | $215.00 | $86.00 | $40.87 | Review Consultant Agreement for taking Vertiv's delay expert's deposition | |
| 06/28/2021 | David Frishman | 48 | L110 A107 | 0.10 | 0.10 | $225.00 | $225.00 | $22.50 | $10.69 | Review email from counsel for non party Swinerton Construction regarding arbitration testimony of Swinerton employee Jeff Good and subpoena for same and related issues | |
| 06/28/2021 | Julee Fritsch | 166 | L340 A104 | 1.50 | 1.50 | $215.00 | $215.00 | $322.50 | $153.26 | Review Kamyar Beihagi's questions and comments regarding Vertiv's expert schedule/delay report | |
| 06/28/2021 | David Frishman | 201 | L340 A109 | 3.90 | 3.90 | $225.00 | $225.00 | $877.50 | $417.01 | Attend further pre-deposition preparation meeting with HKA expert Jeff Smith in Cleveland, OH, including review of documents upon which expert is anticipated to be cross-examined on and deposition related strategy | |
| 06/28/2021 | David Frishman | 272 | L340 A104 | 0.30 | 0.30 | $225.00 | $225.00 | $67.50 | $32.08 | Review regarding status of input from HKA expert Kamyar Beihagi regarding deposition of Vertiv expert Chris Smith concerning delay issues, including assessment concerning issues on which Vertiv expert is to be cross-examined on and related strategy | |
| 06/28/2021 | CIndy Mader | 280 | L130 A107 | 0.10 | 0.10 | $215.00 | $215.00 | $21.50 | $10.22 | Communicate with Plaintiff's counsel regarding invoices for Erik Laykin of Duff & Phelps in preparation for deposition. | |
| 06/28/2021 | Richard Dieffenbach | 304 | L430 A109 | 0.80 | 0.80 | $215.00 | $215.00 | $172.00 | $81.74 | Telephone conference with Team SVO Jamie Tabrizi, Ethan Kraft, Alex Randolph regarding stipulated facts, witness list, exhibit list, and Motion In Limine due dates and strategies | |
| 06/28/2021 | David Frishman | 351 | L340 A106 | 0.20 | 0.20 | $225.00 | $225.00 | $45.00 | $21.39 | Telephone call with client SVO contact Ulrich Pelz [redacted] | |
| 06/28/2021 | Suzanne Willoughby | 359 | L120 A107 | 0.20 | 0.00 | $80.00 | $80.00 | $16.00 | $0.00 | Emailed status to team of pending projects in preparation of the 7/22 AAA hearing strategy. | CLERICAL - Form/routine communication; document production; and/or document review - adjusted in full |
| 06/28/2021 | Suzanne Willoughby | 367 | L120 A103 | 0.80 | 0.80 | $80.00 | $80.00 | $64.00 | $30.41 | Drafted status to team of pending items in preparation of the 7/22 AAA hearing strategy. | |
| 06/28/2021 | Jamie Tabrizi | 374 | L120 A109 | 0.70 | 0.70 | $165.00 | $165.00 | $115.50 | $54.89 | Teleconference with SVO principal Ulrich Pelz and retained consultant Casey Dunn regarding Vertiv's Intentional interference with contractual relations cause of action regarding allegations of DPR disparagement of Vertiv and their recollections regarding circumstances surrounding allegations from percipient knowledge of project | |
| 06/28/2021 | Suzanne Willoughby | 442 | L420 A107 | 0.10 | 0.00 | $80.00 | $80.00 | $8.00 | $0.00 | Email reply to U. Pelz regarding [redacted] | CLERICAL - Form/routine communication; document production; and/or |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | cause of action regarding allegations of DPR disparagement of Vertiv and their recollections regarding circumstances surrounding allegations from percipient knowledge of project as well as unfair business practices claim | | |
| 06/28/2021 | Julee Fritsch | 889 | L340 A104 | 1.40 | 1.40 | $215.00 | $215.00 | $301.00 | $143.04 | Review Ulrich Pelz's [redacted] | | |
| 06/28/2021 | Richard Dieffenbach | 930 | L340 A109 | 1.10 | 1.10 | $215.00 | $215.00 | $236.50 | $112.39 | Telephone conference with Julee Fritsch and HKA experts Dave Bones and Gary Liddicoat regarding Second Amended Statement of Damages | | |
| 06/28/2021 | Robyne Dew | 956 | L440 A104 | 3.20 | 0.00 | $80.00 | $80.00 | $256.00 | $0.00 | Continue to search review LinkedIn and other background check internet research databases for residential or current employment addresses to serve Alvernez, Eaves, Oberle, Perez and Hanes. | Clerical As Described | This entry appears t task such as a telep website, database, seeking information party or witness; su name, address, cor information, etc. Th describes work that require the legal exp professional billing a and is typically perf administrative supp |
| 06/28/2021 | Julee Fritsch | 968 | L340 A104 | 3.40 | 3.40 | $215.00 | $215.00 | $731.00 | $347.39 | Review Brandon McDaniel's deposition for purposes of preparing for delay expert deposition | | |
| 06/28/2021 | David Frishman | 980 | L340 A106 | 0.20 | 0.20 | $225.00 | $225.00 | $45.00 | $21.39 | Email to client SVO contact, Ulrich Pelz regarding [redacted] | | |
| 06/28/2021 | Suzanne Willoughby | 1016 | L440 A104 | 2.10 | 2.10 | $80.00 | $80.00 | $168.00 | $79.84 | Reviewed and analyzed California arbitration hearings and AAA website regarding presentations, exhibits, web video, AAA virtual mock hearings, AAA Order and Procedures, mock hearings, technology and remote hearings, and opening statements in preparation for 7/22 AAA hearing email to the team. | | |
| 06/28/2021 | David Frishman | 1019 | L340 A108 | 0.20 | 0.20 | $225.00 | $225.00 | $45.00 | $21.39 | Telephone call from lead HKA expert with Ken Baker regarding deposition of Ken Baker and related issues, including status of Vertiv expert depositions | | |
| 06/28/2021 | Julee Fritsch | 1035 | L340 A104 | 0.30 | 0.30 | $215.00 | $215.00 | $64.50 | $30.65 | Review expert Jeff Smith's materials regarding screen wall issues and defect | | |
| 06/28/2021 | Julee Fritsch | 1052 | L340 A104 | 0.40 | 0.40 | $215.00 | $215.00 | $86.00 | $40.87 | Review missing backup documentation for four of Jeff Smith's architectural design defect (approximately 75 pages) | | |
| 06/28/2021 | Jamie Tabrizi | 1090 | L120 A103 | 6.80 | 6.80 | $165.00 | $165.00 | $1,122.00 | $399.90 | Prepare factual introduction, factual background, and initial legal standards sections of briefing regarding SVO's defense to Vertiv's Intentional interference with contractual relations cause of action regarding allegations of DPR disparagement of Vertiv | Insufficient Detail | 59.3 cumulative hou the arbitration brief previous invoice an this invoice). Withou as to complexity, iss length of total # of documents/pages o prepared/reviewed, reasonableness of t cannot be determin attach a copy of this any appeal. |
| 06/28/2021 | David Frishman | 1094 | L340 A104 | 0.40 | 0.40 | $225.00 | $225.00 | $90.00 | $42.77 | Review regarding results of pre- deposition preparation meeting of IP expert, Erik Laykin, including readiness for deposition and testimony strategy issues | | |
| 06/28/2021 | David Frishman | 1108 | L340 A108 | 0.30 | 0.30 | $225.00 | $225.00 | $67.50 | $32.08 | Telephone call with SVO IP expert Erik Laykin regarding readiness for deposition and strategy issues concerning deposition testimony on issue of computative fluid dynamics, reliance upon consultant Ian Bitterlin and overall strategy for deposition and related defense of IP issues | | |
| 06/28/2021 | Ethan Kraft | 1117 | L120 A109 | 1.40 | 1.40 | $165.00 | $165.00 | $231.00 | $109.78 | Attend SVO litigation team meeting with Richard | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/28/2021 | 389 | L440 A104 | 1.00 | 1.00 | $256.00 | $0.00 | $256.00 | $0.00 | Continue to search review LinkedIn and other background check internet research databases for residential or current employment addresses to serve Alvernez, Eaves, Oberle, Perez and Hanes. | Task was not clerical | As discussed with claims handler Angel Muth, this is a very unique case. The claims by Vertiv against SVO are multiple (see our prior pre-arbitration report of June 24, 2021). Those claims, which center around the construction of a data center and are highly complex and overlapping and involve multiple contractual issues and related claims, as well as Intellectual Property claims (i.e., alleged trade secret violations and patent infringement), as well as unfair business practices, etc. The work completed to assist the attorney in the furtherance of developing a defense strategy. A legal secretary could not complete the task because the review and work product takes into account the specific legal and factual underpinnings of the case file and is in furtherance of highlighting and expounding upon these issues. It should be noted that Hallmark Insurance, which was sharing in fees and costs at 50% paid for this charge without deduction, or similar). | D. Admin/Cle |
| 06/28/2021 | 390 | L120 A103 | 1.00 | 1.00 | $706.30 | $0.00 | $706.30 | $0.00 | Prepare factual introduction, factual background, and initial legal standards sections of briefing regarding SVO's defense to Vertiv's Intentional interference with contractual relations cause of action regarding allegations of DPR disparagement of Vertiv | Time was Reasonable | As discussed with claims handler Angel Muth, this is a very unique case. The claims by Vertiv against SVO are multiple (see our prior pre-arbitration report of June 24, 2021). Those claims, which center around the construction of a data center and are highly complex and overlapping and involve multiple contractual issues and related claims, as well as Intellectual Property claims (i.e., alleged trade secret violations and patent infringement), as well as unfair business | F. Docum not attach |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Ian Bitterlin for use in making his expert opinions (45 documents 120 pages) | | would require the at worked non-stop, or matters only, withou other matters; non-b or personal reasons or breaks, or even l from 8:00 am to 8:4 the foregoing, this d feasible nor practica and other entries bi have been reduced full. Please provide explanation for the t this date across all any appeal of this re |
| 06/29/2021 | Julee Fritsch | 1006 | L340 A104 | 1.30 | 1.30 | $215.00 | $215.00 | $279.50 | $132.83 | Review portions of deposition transcript of Aaron Weeks for purposes of preparing for Vertiv expert Chris Smith's deposition | | |
| 06/29/2021 | Suzanne Willoughby | 1086 | L420 ZZZ-A110 | 2.60 | 0.00 | $80.00 | $80.00 | $208.00 | $0.00 | Downloaded and uploaded expert's relied upon documents of reports to G. Harford, K. Baker, K. Beihagi, D. Bones, and E. Laykin in preparation for updating experts' matrix. | Clerical As Described | File management/o including retrieval/ g sorting/ marking/ lal receipt/ calendaring document tracking/ duplicates/ preparin copying/ down-load printing, forwarding assembling/ filing fil filing pleadings/ upc database/ keeping t and deadlines/ sche deemed a clerical ta of who performs the |
| 06/29/2021 | Alexander Randolph | 1111 | L120 A104 | 1.30 | 1.30 | $165.00 | $165.00 | $214.50 | $79.51 | Review and analysis of documents provided by SVO for electrical engineer Ian Bitterlin for use in making his expert opinions (50 documents 110 pages) | Excessive Time | Attorney has billed 6/29/21 on Hartford way of illustration, th would require the at worked non-stop, or matters only, withou other matters; non-b or personal reasons or breaks, or even l from 8:00 am to 8:4 the foregoing, this d feasible nor practica and other entries bi have been reduced full. Please provide explanation for the t this date across all any appeal of this re |
| 06/29/2021 | Richard Dieffenbach | 1116 | L440 A106 | 0.20 | 0.20 | $215.00 | $215.00 | $43.00 | $20.43 | Correspondence with SVO Team leader David Frishman regarding trial technician and retainer agreement for same, estimated rate sheet | | |
| 06/29/2021 | David Frishman | 1131 | L340 A108 | 0.10 | 0.10 | $225.00 | $225.00 | $22.50 | $10.69 | Email to lead HKA expert Ken Baker regarding deposition testimony of HKA expert Jeff Smith and related issues | | |
| 06/29/2021 | CIndy Mader | 1134 | L330 A109 | 6.50 | 6.50 | $215.00 | $215.00 | $1,397.50 | $664.13 | Attend and defend deposition of expert, Erik Laykin of Duff & Phelps regarding misappropriation of trade secrets and payment of patents. | | |
| 06/29/2021 | Alexander Randolph | 1155 | L120 A104 | 1.30 | 1.30 | $165.00 | $165.00 | $214.50 | $79.51 | Review and analysis of documents provided by SVO for electrical engineer Ian Bitterlin for use in making his expert opinions (45 documents 130 pages) | Excessive Time | Attorney has billed 6/29/21 on Hartford way of illustration, th would require the at worked non-stop, or matters only, withou other matters; non-b or personal reasons or breaks, or even l from 8:00 am to 8:4 the foregoing, this d feasible nor practica and other entries bi have been reduced full. Please provide explanation for the t this date across all any appeal of this re |
| 06/29/2021 | Suzanne Willoughby | 1156 | L440 A104 | 0.80 | 0.80 | $80.00 | $80.00 | $64.00 | $30.41 | Reviewed multiple emails with R. Dew paralegal regarding witness M. Arroyo and emails with D. Frishman, R. Dieffenbach, and J. Tabrizi to determine the need for the hearing and preparation to subpoena via attorney C. Mankey. | | |
| 06/29/2021 | Jamie Tabrizi | 1158 | L120 A103 | 5.20 | 5.20 | $165.00 | $165.00 | $858.00 | $305.81 | Prepare legal analysis, factual analysis, damages and conclusion sections of briefing regarding SVO's defense to Vertiv's | Insufficient Detail | 59.3 cumulative hou the arbitration brief previous invoice an this invoice). Withou as to complexity, iss |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Intentional interference with contractual relations cause of action regarding allegations of DPR disparagement of Vertiv | | length of total # of documents/pages o prepared/reviewed, reasonableness of t cannot be determin attach a copy of this any appeal. |
| 06/29/2021 | David Frishman | 1167 | L340 A109 | 7.00 | 7.00 | $225.00 | $225.00 | $1,575.00 | $748.48 | Attend and defend deposition preparation Cleveland, OH, of HKA expert Jeff Smith (architecture - construction), with monitoring and participation by client SVO contact, Ulrich Pelz | | |
| 06/29/2021 | Jamie Tabrizi | 1208 | L120 ZZZ-A100 | 0.70 | 0.70 | $165.00 | $165.00 | $115.50 | $54.89 | Strategy call with TM member Julee Fritsch regarding necessary questions to be asked to expert Chris Smith during deposition pertaining to Vertiv claims regarding SVO impact on schedule based on interactions with DPR present in unfair business practice and intentional interference with contract claims | | |
| 06/29/2021 | David Frishman | 1274 | L340 A108 | 0.20 | 0.20 | $225.00 | $225.00 | $45.00 | $21.39 | Telephone call with lead HKA expert Ken Baker regarding deposition testimony and performance of HKA expert Jeff Smith (architecture - construction), with monitoring and related issues | | |
| 06/29/2021 | Richard Dieffenbach | 1303 | L430 A107 | 0.20 | 0.20 | $215.00 | $215.00 | $43.00 | $20.43 | Correspondence with Scott Omuhundro, Vertiv counsel, regarding stipulation to extend exhibit, Motion In Limine and stipulated facts dates | | |
| 06/29/2021 | David Frishman | 1355 | L340 A109 | 0.50 | 0.50 | $225.00 | $225.00 | $112.50 | $53.46 | Attend further and final pre-deposition preparation meeting in Cleveland, OH, with HKA expert Jeff Smith (architecture -construction) | | |
| 06/30/2021 | Jamie Tabrizi | 35 | L120 A104 | 0.20 | 0.20 | $165.00 | $165.00 | $33.00 | $15.68 | Extensive review and analysis of DPR counsel Daniel Sakaguchi's response to SVO's meet and confer letter regarding updated privilege log and search for additional documents identified by SVO as missing from production per the arbitrator's order from June 22 hearing | | |
| 06/30/2021 | Suzanne Willoughby | 91 | L440 A107 | 0.30 | 0.00 | $80.00 | $80.00 | $24.00 | $0.00 | Emails and call with A. Lavelle at KLD regarding the request to provide the bated produced versions of the CLI documents and to provide the Bates numbers to the produced version. | Clerical As Described | |
| 06/30/2021 | Suzanne Willoughby | 119 | L420 A107 | 0.10 | 0.00 | $80.00 | $80.00 | $8.00 | $0.00 | Multiple emails with Gabrielle at Peterson Court reporting regarding the videos status to B. Napper and L. Hofmann | Clerical As Described | |
| 06/30/2021 | Julee Fritsch | 135 | L340 A104 | 0.90 | 0.90 | $215.00 | $215.00 | $193.50 | $71.73 | Review Contract and COR Summary documents dated June 22, 2018 and Vertiv's response for purposes of deposing expert Chris Smith | Excessive Time | Attorney has billed 6/30/21 on Hartford way of illustration, tl would require the at worked non-stop, or matters only, withou other matters; non-l or personal reasons or breaks, or even l desk, from 8:00 am light of the foregoing appear feasible nor entry and other entr day have been redu in full. Please provic explanation for the t this date across all any appeal of this re |
| 06/30/2021 | David Frishman | 162 | L440 A104 | 0.20 | 0.20 | $225.00 | $225.00 | $45.00 | $21.39 | Review consider and assess strategy concerning calling DPR employee Matt Arroyo as a arbitration wittiness, including assessment of risk associated with doing so given DPR position and prior refusal of potential | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | documents on relativity (300 documents) for assistance in compiling exhibits critical for use at arbitration for Phase II Exhibit" | |
| 07/10/2021 | 141 | L120 A103 | 1.00 | 1.00 | $345.42 | $0.00 | $345.42 | $0.00 | Preparation of section of briefing to arbitrator regarding Vertiv's unfair business claims, specifically, regarding Vertiv's contention that SVO Seeking and/or causing third parties to issue false reports regarding the commissioning of equipment on the project | Time was Reasonable | As discussed with claims handler Angel Muth, this is a very unique case. The claims by Vertiv against SVO are multiple (see our prior pre-arbitration report of June 24, 2021). Those claims, which center around the construction of a data center and are highly complex and overlapping and involve multiple contractual issues and related claims, as well as Intellectual Property claims (i.e., alleged trade secret violations and patent infringement), as well as unfair business practices, etc. Time billed accurately reflects time spent drafting the Brief. The review and drafting of report (58 pages total) requires input from multiple attorneys across multiple entries. Further, drafting of the brief requires substantial time and effort to ensure that all necessary information is included. Extensive review and analysis of pertinent and key case files is necessary to ensure a thorough update and report is provided. It should be noted that Hallmark Insurance, which was sharing in fees and costs at 50% paid for this charge without deduction, or similar). | F. Document not attached |
| 07/10/2021 | 142 | L120 A109 | 1.00 | 1.00 | $118.74 | $0.00 | $118.74 | $0.00 | Preparation of section of briefing to | Time was Reasonable | As discussed with claims handler Angel | F. Document not attached |