Shawn Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
Adam J. Telanoff (SBN 159761)
telanoff@parkershaffiellp.com
Edward Baker (SBN 311439)
baker@parkershaffiellp.com
**PARKER SHAFFIE LLP**
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Steven W. Murray (SBN 41493)
swm@psilaw.com
**STEVEN W. MURRAY, APC**
14930 Ventura Boulevard #205
Sherman Oaks, CA 91403
Telephone: (818) 501-2277
Facsimile: (818) 501-8441

Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br>[Assigned to Hon. Aracelí Martínez-Olguín]<br><br>**SVO BUILDING ONE, LLC'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ANGEL MUTH IN SUPPORT OF NAVIGATORS SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 5, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor |
| SVO BUILDING ONE, LLC<br><br>Counterclaimant,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Counter-defendant. | |

**OBJECTIONS TO EVIDENCE**

Defendant and Counterclaimant, SVO Building One, LLC ("SVO") hereby objects to the following evidence submitted by Plaintiff Navigators Specialty Insurance Company's ("Navigator") in support of Plaintiff's Motion for Summary Judgment. Specifically, the following evidentiary objections are with respect to the Declaration of Angel Muth in Support of Navigators' Motion For Summary Judgment.

| No. | Evidence Objected to: | Grounds for Objection: |
|---|---|---|
| 1. | Declaration of Angel Muth in Support of Navigators Specialty Insurance Company's Motion for Summary Judgment ("Muth Decl.") paragraph ¶ 1 | **Ground #1**: Prejudicial/Misleading, FRE 403<br><br>**Ground #2**: Lack of Personal Knowledge, FRE 602<br><br>**Ground #3**: Hearsay, FRE 801-802<br><br>**Explanation**: Declarant states that she "was the primary adjuster handling the Claim on behalf of [Plaintiff and] . . .is familiar with how [Plaintiff] maintains its business records." However, Declarant fails to offer any supporting foundation for the statement of familiarity with the maintenance of business records. She also fails to describe *what* business records with which she contends she has familiarity. Navigators presumably has a wide variety of "business records," including financial records, personnel records and claims. The Declarant fails to identify the records. Moreover, Declarant fails |


P S PARKER SHAFFIE LLP

| | | |
|---|---|---|
| | | to provide any explanation of a "primary adjuster's" job duties such that the maintenance of business records would be within the purview of that role. In particular, SVO objects to this paragraph of the Declaration to the extent that it Navigators seeks to provide foundation for the conclusory and unsupported allegations in paragraph 13 of the declaration as to the amount of attorneys' fees and costs the Declarant contends were incurred in the defense of the underlying action. As such, this paragraph and paragraph 13 of the declaration are prejudicial and misleading, hearsay and a lack of personal knowledge. |
| 2. | Muth Decl., ¶ 11 | **Ground #1**: <u>Prejudicial/Misleading, FRE 403</u><br><br>**Ground #2**: <u>Lack of Personal Knowledge, FRE 602</u><br><br>**Ground #3**: <u>Hearsay, FRE 801-802</u><br><br>**<u>Explanation</u>**: Declarant offers nothing to support her personal knowledge of the offered evidence. Declarant offers no explanation how, in her role as a "primary adjuster," she has personal knowledge of (1) how, when, or whether |

| | | |
|---|---|---|
| | | a counsel firm was retained by Plaintiff, (2) what Plaintiff was informed as to any other entity retaining any other firm, (3) what Plaintiff understands as to the billing of any retained firm, and (4) how, when, or whether Plaintiff was provided copies of any bills or any other documents related to costs or claims. Indeed, she says that she was "informed" of and "understands" various allegations made in this paragraph. As such, any information offered by Declarant is likely based upon hearsay and is misleading. Finally, the assertion that Plaintiff was "never" provided copies of those bills is in any event refuted because they were provided in discovery, if not before then. |
| 3. | Muth Decl., ¶ 12 | **Ground #1**: <u>Prejudicial/Misleading, FRE 403</u><br><br>**Ground #2**: <u>Lack of Personal Knowledge, FRE 602</u><br><br>**Ground #3**: <u>Hearsay, FRE 801-802</u><br><br>**<u>Explanation</u>**: Declarant offers nothing to support her personal knowledge of the offered evidence. Declarant offers no explanation how, in her role as a |

| | | |
|---|---|---|
| | | "primary adjuster," she has personal knowledge of what Plaintiff understands as to its defense of any underlying action or any operative pleading or whether any other entity tendered any subsequent pleading. As such, any information offered by Declarant is likely based upon hearsay, lacks foundation and is misleading. |
| 4. | Muth Decl., ¶ 13 | **Ground #1**: Prejudicial/Misleading, FRE 403<br><br>**Ground #2**: Lack of Personal Knowledge, FRE 602<br><br>**Ground #3**: Hearsay, FRE 801-802<br><br>**Explanation**: Declarant offers nothing to support her personal knowledge of the offered evidence. Declarant offers no explanation how, in his role as a "primary adjuster," she has personal knowledge of how, whether, when, or the amount of "fees and costs incurred" and paid by Plaintiff or whether such was in addition to any other amount paid or incurred for any other action. Moreover, Declarant failed to offer any corresponding exhibit in support of this paragraph, such as a financial statement or billing records. Rather, Declarant |

| | | |
|---|---|---|
| | | simply makes unfounded assertions of fact. As such, any information offered by Declarant is likely based upon hearsay and is misleading. |

DATED: December 15, 2025

**PARKER SHAFFIE LLP**

By: /s/ Bruce T. Smyth

Bruce T. Smyth
Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**