UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br>[Assigned to Hon. Aracelí Martínez-Olguín]<br><br>**[PROPOSED] ORDER GRANTING SVO BUILDING ONE, LLC'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ANGEL MUTH IN SUPPORT OF NAVIGATORS SPECIALTY INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |
| SVO BUILDING ONE, LLC<br><br>Counterclaimant,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Counter-defendant. | Date: March 5, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor |

/ / /

/ / /

/ / /

/ / /

/ / /

**DECLARATION OF ANGEL MUTH [DKT. 100-1]**

| | | |
|---|---|---|
| **Objection No. 1:**<br><br>Declaration of Angel Muth in Support of Navigators Specialty Insurance Company's Motion for Summary Judgment ("Muth Decl."), ¶ 1 | **Grounds for Objection:**<br>Prejudicial/Misleading, FRE 403;<br>Lack of Personal Knowledge, FRE 602;<br>Hearsay, FRE 801-802 | **Court Ruling on Objection No. 1:**<br><br>**Sustained:** ___<br><br>**Overruled:** ___ |
| **Objection No.2:**<br><br>Muth Decl., ¶ 11 | **Grounds for Objection:**<br>Prejudicial/Misleading, FRE 403;<br>Lack of Personal Knowledge, FRE 602;<br>Hearsay, FRE 801-802 | **Court Ruling on Objection No. 2**<br><br>**Sustained:** ___<br><br>**Overruled:** ___ |
| **Objection No. 3:**<br><br>Muth Decl., ¶ 12 | **Grounds for Objection:**<br>Prejudicial/Misleading, FRE 403;<br>Lack of Personal Knowledge, FRE 602;<br>Hearsay, FRE 801-802 | **Court Ruling on Objection No. 3**<br><br>**Sustained:** ___<br><br>**Overruled:** ___ |
| **Objection No. 4:**<br><br>Muth Decl., ¶ 13 | **Grounds for Objection:**<br>Prejudicial/Misleading, FRE 403;<br>Lack of Personal Knowledge, FRE 602;<br>Hearsay, FRE 801-802 | **Court Ruling on Objection No. 4:**<br><br>**Sustained:** ___<br><br>**Overruled:** ___ |

DATED: ____________________

____________________________________
HON. ARACELI MARTINEZ-OLGUIN
JUDGE OF THE DISTRICT COURT