Shawn Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
**PARKER SHAFFIE LLP**
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Steven W. Murray (SBN 41493)
swm@psilaw.com
**STEVEN W. MURRAY, APC**
14930 Ventura Boulevard #205
Sherman Oaks, CA 91403
Telephone: (818) 501-2277
Facsimile: (818) 501-8441

Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

SVO BUILDING ONE, LLC,

Defendant.

SVO BUILDING ONE, LLC

Counterclaimant,

v.

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Counter-defendant.

Case No. 3:22-CV-07102-AMO
[Assigned to Hon. Araceli Martínez-Olguín]

**DEFENDANT SVO BUILDING ONE LLC'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE AND FILE REPLY MEMORANDUMS OF POINTS AND AUTHORITIES REGARDING SUMMARY JUDGMENT MOTIONS AND DAUBERT MOTION AND SUPPORTING PAPERS**

Date: March 5, 2026
Time: 2:00 p.m.
Dept.: Courtroom 10, 19th Floor

/ / /

/ / /

Defendant and Counterclaimant SVO Building One, LLC ("SVO") hereby applies, ex parte, for an extension of time of two days, to and including December 24, 2025, to file and serve reply briefs and supporting pleadings and evidence of both parties SVO and Navigators Specialty Insurance Company ("Navigators") with respect to pending motions and related objections and papers because, as set forth in more detail in the attached Declaration of Bruce T. Smyth, the service that stores all pleadings and documents for the firm of Parker Shaffie LLP, Prolaw, has gone off line after an attempted update and the drafts of those pleadings have been lost and SVO will require up to two days to recreate them and file and serve them and because it is appropriate that both parties have the same extension. Navigators does not oppose the request.

Respectfully submitted,

DATED: December 22, 2025 **PARKER SHAFFIE LLP**

By: /s/ Bruce T. Smyth

Bruce T. Smyth
Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

**DECLARATION OF BRUCE T. SMYTH**

I, Bruce T. Smyth, declare:

1. I am an attorney at law licensed to practice law in the State of California and have been admitted to the Bar of this Court and am Senior Counsel with the law firm of Parker Shaffie LLP, attorneys of record for Defendant and Counterclaimant SVO Building One, LLC ("SVO") herein. I have personal knowledge of the facts set forth herein and if called to testify could and would competently testify thereto.

2. Other attorneys in our office and I have been preparing a Reply Memorandum of Points and Authorities in Support of SVO's motion for summary judgment and a Reply Memorandum of Points and Authorities in support of Daubert motion to exclude the testimony of Navigators' expert, Andre Jardini, and supporting Declarations of Bruce T. Smyth, Objections to the Declaration of Shannon Santos submitted in support of Navigators' Opposition to SVO's Motion for Motion for Summary Judgment and an Objection and Motion to Strike the Opposition of Navigators to the Daubert Motion on the grounds aht tit exceeds the five page limitation on such Oppositions set forth by this Court. Drafts of such pleadings in close to final form had been saved on the service utilized by Parker Shaffie LLP, Prolaw, on Friday, December12, 2025.

3. When I went to review and revise the drafts Sunday afternoon, I discovered that they were not saved on Prolaw and subsequently was informed that all documents created after December 4, 2025, could not be retrieved. I and the other attorney working on these reply papers, Behnam Parvinian, and our secretary and paralegal are attempting to reconstruct them from attachments to emails and in one case, an older hard copy, to file them as soon as possible. In the likely event that we are not able to do so by the end of the day today, we respectfully request an extension of two days, to and including December 24, 2025 to file and serve them. So that no party may gain any advantage from these circumstances, we request that the extension to fiel reply papers be for both SVO and Navigators.

4. There should be no prejudice to any party, because no other pleadings or papers are scheduled to be filed or served in connection with these motions and the hearing on these motions is set for March 5, 2026.

5. I contacted the counsel for Navigators, Shannon Santos of Wilson Elser, and inquired if Navigators would consent to the extension and she informed me tht due to the unusual circumstances, Navigators did not oppose the mutual extension request.

I declare under penalty of perjury under the laws of the United Sates that the foregoing is true and correct and that this Declaration is executed on December 22, 2025 at Los Angeles, California.

Bruce T. Smyth

Bruce T. Smyth