**PARKER SHAFFIE LLP**
Shawn Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

**STEVEN W. MURRAY, APC**
Steven W. Murray (SBN 41493)
swm@psilaw.com
14930 Ventura Boulevard #205
Sherman Oaks, CA 91403
Telephone: (818) 501-2277
Facsimile: (818) 501-8441

Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br>[Assigned to Hon. Araceli Martinez-Olguin]<br><br>**[PROPOSED] ORDER GRANTING SVO's EX PARTE APPLICATION FOR EXTENSION OF TIME TO SERVE AND FILE REPLY MEMORANDUMS OF POINTS AND AUTHORITIES REGARDING SUMMARY JUDGMENT MOTIONS AND DAUBERT MOTION AND ASSOCIATED PAPERS**<br><br>Date: March 5, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor |
| SVO BUILDING ONE, LLC<br><br>Counterclaimant,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Counter-defendant. | |

/ / /

/ / /

**[PROPOSED] ORDER**

Good cause having been shown,

The ex parte application for extension of time to both parties to serve and file reply memorandums with respect to pending summary judgment motions and the Daubert motion and associated declarations and papers is extended from December 22, 2015 to December 24, 2025.

**IT IS SO ORDERED.**

DATED: December _____, 2025

HON. ARACELI MARTINEZ-OLGUIN
JUDGE OF THE UNITED STATES DISTRICT COURT