UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,,<br><br>Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 3:22-CV-07102-AMO<br><br>[Assigned to Hon. Aracelí Martínez-Olguín]<br><br>**[PROPOSED] ORDER GRANTING SVO BUILDING ONE, LLC'S EVIDENTIARY OBJECTIONS TO DECLARATION OF SHANNON SANTOS**<br><br>Date: March 5, 2026<br>Time: 2:00 p.m.<br>Dept.: Courtroom 10, 19th Floor |
| SVO BUILDING ONE, LLC,<br><br>Counterclaimant,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Counter-defendant. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**OBJECTIONS TO DECLARATION OF SHANNON SANTOS**

| | | |
|---|---|---|
| **Objection No. 1:**<br><br>Declaration of Shannon Santos in Support of Navigators Specialty Insurance Company's Opposition To SVO's Motion for Summary Judgment ("Santos Decl."), ¶ 2 | **Grounds for Objection:**<br>Prejudicial/Misleading, FRE 403;<br>Lack of Personal Knowledge, FRE 602;<br><br>Hearsay, FRE 801-802 | **Court Ruling on Objection No. 1:**<br><br>**Sustained:_________**<br><br>**Overruled:_________** |
| **Objection No.2:**<br><br>Santos Decl., ¶ 2, Bullet Point 2 | **Grounds for Objection:**<br>Prejudicial/Misleading, FRE 403;<br>Lack of Personal Knowledge, FRE 602;<br>Hearsay, FRE 801-802 | **Court Ruling on Objection No. 2:**<br><br>**Sustained:_________**<br><br>**Overruled:_________** |
| **Objection No. 3:**<br><br>Santos Decl., ¶ 2, Bullet Point 3 | **Grounds for Objection:**<br>Prejudicial/Misleading, FRE 403;<br>Lack of Personal Knowledge, FRE 602;<br>Hearsay, FRE 801-802 | **Court Ruling on Objection No. 3:**<br><br>**Sustained:_________**<br><br>**Overruled:_________** |
| **Objection No. 4:**<br><br>Santos Decl., ¶ 2, Bullet Point 4 | **Grounds for Objection:**<br>Prejudicial/Misleading, FRE 403;<br>Lack of Personal Knowledge, FRE 602;<br>Hearsay, FRE 801-802 | **Court Ruling on Objection No. 4:**<br><br>**Sustained:_________**<br><br>**Overruled:_________** |
| **Objection No. 5:**<br><br>Santos Decl., ¶ 2, Bullet Point 5 | **Grounds for Objection:**<br>Prejudicial/Misleading, FRE 403;<br>Lack of Personal Knowledge, FRE 602;<br>Hearsay, FRE 801-802 | **Court Ruling on Objection No. 5:**<br><br>**Sustained:_________**<br><br>**Overruled:_________** |
| **Objection No. 6:** | **Grounds for Objection:**<br>Prejudicial/Misleading, FRE 403; | **Court Ruling on Objection No. 6:** |

| | | |
|---|---|---|
| Santos Decl., ¶ 2, Bullet Point 6 | Lack of Personal Knowledge, FRE 602; Hearsay, FRE 801-802 | **Sustained:_________** **Overruled:_________** |
| **Objection No. 7:** Santos Decl., ¶ 2, Bullet Point 7 | **Grounds for Objection:** Lack of Personal Knowledge, FRE 602; Hearsay, FRE 801-802 | **Court Ruling on Objection No. 7:** **Sustained:_________** **Overruled:_________** |
| **Objection No. 8:** Santos Decl., ¶ 2, Bullet Point 8 | **Grounds for Objection:** Lack of Personal Knowledge, FRE 602; Hearsay, FRE 801-802 | **Court Ruling on Objection No. 8:** **Sustained:_________** **Overruled:_________** |
| **Objection No. 9:** Santos Decl., ¶ 4 | **Grounds for Objection:** Lack of Personal Knowledge, FRE 602; Hearsay, FRE 801-802; Prejudicial/Misleading, FRE 403 | **Court Ruling on Objection No. 9:** **Sustained:_________** **Overruled:_________** |
| **Objection No. 10:** Santos Decl., ¶ 6 | **Grounds for Objection:** Lack of Personal Knowledge, FRE 602; Hearsay, FRE 801-802; Prejudicial/Misleading, FRE 403 | **Court Ruling on Objection No. 8:** **Sustained:_________** **Overruled:_________** |

DATED: March ______, 2026

HON. ARACELI MARTINEZ-OLGUIN
JUDGE OF THE UNITED STATES DISTRICT COURT