David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

SVO BUILDING ONE, LLC,

Defendant.

---

SVO BUILDING ONE, LLC,

Counterclaimant,

vs.

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Counter-Defendant.

Case No. 3:22-cv-07102-AMO
Hon. Araceli Martínez-Olguín
Courtroom 10

**DECLARATION OF SHANNON L. SANTOS IN SUPPORT OF NAVIGATORS SPECIALTY INSURANCE COMPANY'S OPPOSITION TO SVO BUILDING ONE, LLC'S MOTION TO STRIKE OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF EXPERT WITNESS ANDRÉ E. JARDINI**

[Filed concurrently with Opposition]

Hearing Date: March 5, 2026
Time: 2:00 p.m.
Courtroom: 10, 19th Floor

Action Filed: November 14, 2022
Trial Date: July 14, 2026

/ / /

/ / /

I, Shannon L. Santos, declare as follows:

1. I am an attorney of record for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company ("Navigators") in this action. I have personal knowledge of the matters set forth below and could testify thereto if required.

2. My office prepared and filed Navigators' Opposition [Doc. 105] to the Motion to Exclude Testimony of Navigators' Expert Witness André E. Jardini [Doc. 102] filed by Defendant/Counterclaimant SVO Building One LLC ("SVO") in reliance on the Court's Standing Order revised on November 22, 2023. My office has relied on this Standing Order on all briefing after the case was reassigned to Judge Martínez-Olguín. A true and correct copy of the November 22, 2023 Standing Order is attached as **Exhibit A** hereto.

3. Prior to SVO filing its Motion to Strike Navigators' Opposition [Doc. 111], our office was unaware that the Court revised its Standing Order on November 14, 2025. This version of the standing order was not filed on the case docket. A true and correct copy of the November 14, 2025 Standing Order is attached as **Exhibit B** hereto.

4. A shortened version of Navigators' Opposition to SVO's Motion to Exclude Testimony of Navigators' Expert Witness André E. Jardini [Doc. 102] in compliance with the Court's November 14, 2025 Standing Order is attached **Exhibit C** hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 23, 2025 at Los Angeles, California.

*<u>/s/ Shannon L. Santos</u>*
Shannon L. Santos