Shawn Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
**PARKER SHAFFIE LLP**
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

Steven W. Murray (SBN 41493)
swm@psilaw.com
**STEVEN W. MURRAY, APC**
14930 Ventura Boulevard #205
Sherman Oaks, CA 91403
Telephone: (818) 501-2277
Facsimile: (818) 501-8441

Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>SVO BUILDING ONE, LLC,<br><br>                    Defendant.<br><br>SVO BUILDING ONE, LLC<br><br>                    Counterclaimant,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>                    Counter-defendant. | Case No. 3:22-CV-07102-AMO<br>[Assigned to Hon. Araceli Martínez-Olguín]<br><br>**DEFENDANT SVO BUILDING ONE LLC'S ANWERS TO HONORABLE ARACELI MARTINEZ-OLGUIN'S QUESTIONS**<br><br>Date:      March 5, 2026<br>Time:      2:00 p.m.<br>Dept.:      Courtroom 10, 19th Floor |

/ / /

/ / /

SVO BUILDING ONE, LLC'S ANSWERS TO HONORABLE ARACELI MARTINEZ-OLGUIN'S QUESTIONS

Defendant and Counterclaimant SVO Building One, LLC submits the following responses to the questions asked by Judge Martinez-Olguin at the hearing on March 5, 2025 regarding where various authorities and documents were located in the papers submitted by SVO:

1. The invoice for the $325,000 retainer required by Tyson Mendes LLP is Exhibit 5 to the Pelz Declaration in support of SVO's Opposition to Navigators' Motion for Summary Judgment (ECF 106-7) at 50 / 257 and 51 / 257.

2. The cases in support of SVO's position that a complete cause of action need not be alleged to trigger a duty to defend are set forth in SVO's Opposition to Navigators' Motion for Summary Judgment (ECF 106) at page 8 of that Opposition (or 16 / 33).

DATED: March 6, 2026

**PARKER SHAFFIE LLP**

By: _____
Bruce T. Smyth
Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

P S | PARKER SHAFFIE LLP