**PARKER SHAFFIE LLP**
Shawn Shaffie (SBN 262002)
shaffie@parkershaffiellp.com
Bruce T. Smyth (SBN 89171)
smyth@parkershaffiellp.com
800 W. 6th Street, Suite 500
Los Angeles, California 90017
Telephone: (213) 622-4441
Facsimile: (213) 622-1444

**STEVEN W. MURRAY, APC**
Steven W. Murray (SBN 41493)
swm@psilaw.com
14930 Ventura Boulevard #205
Sherman Oaks, CA 91403
Telephone: (818) 501-2277
Facsimile: (818) 501-8441

Attorneys for Defendant and Counterclaimant
**SVO BUILDING ONE, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

SVO BUILDING ONE, LLC,

Defendant.

SVO BUILDING ONE, LLC

Counterclaimant,

v.

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Counter-defendant.

Case No. 3:22-CV-07102-AMO

[Assigned to Hon. Araceli Martinez-Olguin]

**JOINT NOTICE AFTER MEETING AND CONFERRING REGARDING MAGISTRATE JUDGE, PURSUANT TO COURT'S ORDER**

/ / /

/ / /

Plaintiff and Counter-Defendant Navigators Specialty Insurance Company ("Navigators") and Defendant and Counterclaimant SVO Building One, LLC ("SVO") hereby submit this Joint Notice after meeting and conferring regarding a magistrate judge for a settlement conference.

The parties have not reached agreement on a specific Magistrate Judge and accordingly request that the Court randomly assign one to conduct the settlement conference.

Respectfully submitted,

DATED: May 7, 2026

**PARKER SHAFFIE LLP**

By: [signature]
Bruce T. Smyth
Attorney for Defendant and Counterclaimant

DATED: May 7, 2026

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: */s/ Shannon L. Santos*
David Simantob
Shannon L. Santos
Attorneys for Plaintiff and Counterdefendant