UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY, | Case No. 22-cv-07102-AMO |
| Plaintiff, | |
| v. | **ORDER OF REFERENCE TO MAGISTRATE JUDGE ROBERT M. ILLMAN FOR SETTLEMENT** |
| SVO BUILDING ONE, LLC, | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, this matter is referred

[ ]    for random assignment to a United States Magistrate Judge

[**X**]    to United States Magistrate Judge Robert M. Illman

to conduct a settlement conference within 45 days, or as soon thereafter as is convenient for Judge Illman.

The parties will be advised of the date, time, and place of the next appearance by notice from Judge Illman.

**IT IS SO ORDERED.**

Dated: May 8, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**