David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SVO BUILDING ONE, LLC,<br><br>Defendant. | Case No. 4:22-cv-07102-AMO<br>Hon. Araceli Martínez-Olguín<br>Courtroom 10<br><br>**[PROPOSED] ORDER GRANTING NAVIGATORS SPECIALTY INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER RE CROSS-MOTIONS FOR SUMMARY JUDGMENT [DOC. 124]**<br><br>[Filed concurrently with Motion]<br><br>Action Filed: November 14, 2022<br>Trial Date: September 1, 2026 |
| SVO BUILDING ONE, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Counter-Defendant. | |

/ / /

/ / /

After consideration of the papers filed in connection with the Motion for Leave to File Motion for Reconsideration pursuant to Local Rule 7-9 ("Motion") filed by Navigators Specialty Insurance Company ("Navigators"), IT IS HEREBY ORDERED THAT:

1. The Motion is granted. Navigators is granted leave of Court to file a Motion for Reconsideration under Federal Rules of Civil Procedure 54.

2. Navigators shall file a Motion for Reconsideration of the Order re Cross-Motions for Summary Judgment [Doc. 124] within 14 days.

DATED: ______________________ ______________________________________

Hon. Araceli Martínez-Olguín