United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAVIGATORS SPECIALTY
INSURANCE COMPANY            ,

           Plaintiff(s),

       v.

SVO BUILDING ONE, LLC            ,

           Defendant(s).

Case No. 4:22-cv-07102-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _Gregory A. Gidus_, an active member in good standing of the bar of _Florida_, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _Plaintiff/Co-defendant Navigators Specialty Insurance Company_ in the above-entitled action. My local co-counsel in this case is _Mark A. Neubauer_, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _73728_.

4221 W. Boy Scout Blvd., Ste. 1000
Tampa, Florida 33607-5780
MY ADDRESS OF RECORD

813.223.7000
MY TELEPHONE # OF RECORD

ggidus@carltonfields.com
MY EMAIL ADDRESS OF RECORD

2029 Century Park East, Suite 1200
Los Angeles, CA 90067-2913
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

310.843.6300
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mneubauer@carltonfields.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _105930_.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _0_ times in the 12 months preceding this application.

144837286.1

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2026

_____
APPLICANT
Gregory A. Gidus

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gregory A. Gidus          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    6/4/2026

_____
Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE