David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

SVO BUILDING ONE, LLC,

Defendant.

---

SVO BUILDING ONE, LLC,

Counterclaimant,

vs.

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Counter-Defendant.

Case No. 4:22-cv-07102-AMO
Hon. Araceli Martínez-Olguín
Courtroom 10

**JOINT NOTICE OF SETTLEMENT**

Action Filed: November 14, 2022
Trial Date: September 1, 2026

/ / /

/ / /

Plaintiff/Counter-Defendant Navigators Specialty Insurance Company and Defendant/Counterclaimant SVO Building One, LLC (collectively "Parties") hereby advise the Court that, following a Settlement Conference before Magistrate Judge Robert M. Illman, the Parties have reached a resolution, which includes a release of all claims asserted in this action with prejudice. The Parties are in the process of finalizing the long-form document memorializing the agreement and expect for the Stipulation for Dismissal of Action to be filed within 14 days. The Parties respectfully request that the trial date and the pretrial deadlines, including all trial documents currently due by July 2, 2026, be taken off calendar.

Dated: June 30, 2026

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Shannon L. Santos*
David Simantob
Shannon L. Santos
*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

Dated: June 30, 2026

PARKER SHAFFIE LLP

By: */s/ Bruce T. Smyth*
Shawn Shaffie
Bruce T. Smyth
*Attorneys for Defendant/Counter-Plaintiff SVO Building One, LLC*

**ATTESTATION OF SIGNATURES**

Pursuant to L.R. 5-1(h)(3), each of the other signatories to this document have concurred in the filing of this document.

Dated: June 30, 2026

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Shannon L. Santos*
Shannon L. Santos
*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*