David Simantob, SBN 155790
Email: David.Simantob@wilsonelser.com
Shannon L. Santos, SBN 260112
Email: Shannon.Santos@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, CA 90071-2407
Telephone: 213.443.5100
Facsimile: 213.443.5101

*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

SVO BUILDING ONE, LLC,

Defendant.

---

SVO BUILDING ONE, LLC,

Counterclaimant,

vs.

NAVIGATORS SPECIALTY INSURANCE COMPANY,

Counter-Defendant.

Case No. 4:22-cv-07102-AMO
Hon. Araceli Martínez-Olguín
Courtroom 10

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Action Filed: November 14, 2022
Trial Date: September 1, 2026

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Stipulation is made by and between Plaintiff/Counter-Defendant Navigators Specialty Insurance Company ("Navigators") and Defendant/Counterclaimant SVO Building One, LLC ("SVO"). Navigators and SVO are collectively referred to as the "Parties" herein.

/ / /

**RECITALS**

1. On November 14, 2022, Navigators filed its Complaint for Declaratory Relief [Doc. 1].

2. On February 15, 2024, Navigators filed its First Amended Complaint for Declaratory Relief [Doc. 43].

3. On July 16, 2024, SVO filed an Answer and Counterclaim [Doc. 53].

**STIPULATION**

The Parties hereby stipulate to dismiss this action, including all claims asserted in the above pleadings, with prejudice. The Parties will each bear its own fees and costs in connection with this action.

Dated: July 8, 2026

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Shannon L. Santos*
David Simantob
Shannon L. Santos
*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*

Dated: July 8, 2026

PARKER SHAFFIE LLP

By: */s/ Bruce T. Smyth*
Shawn Shaffie
Bruce T. Smyth
*Attorneys for Defendant/Counter-Plaintiff SVO Building One, LLC*

**ATTESTATION OF SIGNATURES**

Pursuant to L.R. 5-1(h)(3), each of the other signatories to this document have concurred in the filing of this document.

Dated: July 8, 2026

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Shannon L. Santos*
Shannon L. Santos
*Attorneys for Plaintiff/Counter-Defendant Navigators Specialty Insurance Company*